B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Kentucky | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Seven Counties Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**31-0939757** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**101 W Muhammad Ali Blvd**<br>**Louisville, KY**<br><div align="right">ZIP Code<br>**40202**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Jefferson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br><br>■ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box)<br><br>☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>  of a Foreign Nonmain Proceeding |
|---|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>■ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |
|---|---|---|---|

| **Filing Fee** (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ■<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Seven Counties Services, Inc.** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Cases Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:   <b>- None -</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br>- None -</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td align="center"><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date)</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Seven Counties Services, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David M Cantor**
    Signature of Attorney for Debtor(s)

    **David M Cantor**
    Printed Name of Attorney for Debtor(s)

    **Seiller Waterman LLC**
    Firm Name

    **22nd Floor - Meidinger Tower**
    **462 S 4th Street**
    **Louisville, KY 40202**
    Address

    **502-584-7400  Fax: 502-583-2100**
    Telephone Number

    **April 4, 2013**
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony M. Zipple**
    Signature of Authorized Individual

    **Anthony M. Zipple**
    Printed Name of Authorized Individual

    **President/CEO**
    Title of Authorized Individual

    **April 4, 2013**
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## MINUTES OF BOARD OF DIRECTORS MEETING OF
## SEVEN COUNTIES SERVICES, INC.

### March 28, 2013

The undersigned members of the Board of Directors ("**Board**") of Seven Counties Services, Inc., a Kentucky non-profit corporation ("**Corporation**"), adopt the following resolutions, and consent to the corporate actions contemplated thereby:

WHEREAS, the special Board Strategy Committee, after extensive study and deliberation, informed the members of the Board that filing for Chapter 11 bankruptcy protection would be in the best interests of the Corporation and its creditors.

NOW, THEREFORE, be it:

RESOLVED, that, to preserve the value of the Corporation and to reorganize its indebtedness, the Corporation file a voluntary petition for relief pursuant to Chapter 11 of 11 U.S.C. and that Anthony Zipple, President & CEO of the Corporation, is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution; and

FURTHER RESOLVED, that the Corporation retain the services of Seiller Waterman LLC for representing it in the Chapter 11 proceedings; and

FURTHER RESOLVED, that the Board of Directors authorizes the execution of the foregoing resolutions in counterpart copies.

WITNESS the signatures of the undersigned, who are all members and officers of the Board of Directors of Seven Counties Services, Inc., a Kentucky non-profit corporation, as of the date first above written.

Judge David Holton II, Chair                 Harry Rothgerber, Vice Chair

Michael Ringswald, Treasurer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Seven Counties Services, Inc.**                                    Case No. _____
                                                Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in
accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1)
persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of
the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.
If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and
address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's
name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Kentucky Retirement Systems**<br>**William W. Thielen,**<br>**Executive Director**<br>**Parimeter Park West**<br>**1260 Louisville Road**<br>**Frankfort, KY 40601** | **Kentucky Retirement Systems**<br>**William W. Thielen, Executive Director**<br>**Parimeter Park West**<br>**Frankfort, KY 40601** | | **Disputed** | **227,000,000.00** |
| **Fifth Third Bank**<br>**401 S. 4th Street**<br>**Louisville, KY 40202** | **Fifth Third Bank**<br>**401 S. 4th Street**<br>**Louisville, KY 40202** | | | **96,289.00** |
| **Guardian**<br>**P.O. Box 677458**<br>**Dallas, TX 75267-7458** | **Guardian**<br>**P.O. Box 677458**<br>**Dallas, TX 75267-7458** | | | **54,693.36** |
| **South Central Printing**<br>**P.O. Box 339**<br>**Columbia, KY 42728** | **South Central Printing**<br>**P.O. Box 339**<br>**Columbia, KY 42728** | | | **30,131.33** |
| **Kentucky State Treasurer**<br>**P.O. Box 491**<br>**Levy Section**<br>**Frankfort, KY 40602** | **Kentucky State Treasurer**<br>**P.O. Box 491**<br>**Levy Section**<br>**Frankfort, KY 40602** | | | **28,542.20** |
| **Stanley Schultze & Co., Inc.**<br>**849 South Sixth Street**<br>**Louisville, KY 40203** | **Stanley Schultze & Co., Inc.**<br>**849 South Sixth Street**<br>**Louisville, KY 40203** | | | **27,664.39** |
| **Staples**<br>**Det. P.O. Box 83689**<br>**Chicago, IL 60696-3689** | **Staples**<br>**Det. P.O. Box 83689**<br>**Chicago, IL 60696-3689** | | | **27,205.46** |
| **Mattingly Foods of Louisville**<br>**2055 Nelson Miller Parkway**<br>**Louisville, KY 40223** | **Mattingly Foods of Louisville**<br>**2055 Nelson Miller Parkway**<br>**Louisville, KY 40223** | | | **27,055.96** |
| **Companion Life Insurance Co.**<br>**P.O. Box 100102**<br>**Columbia, SC 29202** | **Companion Life Insurance Co.**<br>**P.O. Box 100102**<br>**Columbia, SC 29202** | | | **22,956.61** |
| **Mercer**<br>**P.O. Box 13793**<br>**Newark, NJ 07188-0793** | **Mercer**<br>**P.O. Box 13793**<br>**Newark, NJ 07188-0793** | | | **21,641.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                Case No.   _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Robert Half Management Resources**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | **Robert Half Management Resources**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | | | **13,950.47** |
| **Schizophrenia Foundation**<br>**P.O. Box 1927**<br>**Louisville, KY 40201** | **Schizophrenia Foundation**<br>**P.O. Box 1927**<br>**Louisville, KY 40201** | | | **11,278.00** |
| **Klosterman Baking Co.**<br>**P.O. Box 712572**<br>**Cincinnati, OH 45271-2572** | **Klosterman Baking Co.**<br>**P.O. Box 712572**<br>**Cincinnati, OH 45271-2572** | | | **7,960.05** |
| **Al Jenson Distributor**<br>**711 Peytona Beach Rd.**<br>**Waddy, KY 40076** | **Al Jenson Distributor**<br>**711 Peytona Beach Rd.**<br>**Waddy, KY 40076** | | | **5,762.54** |
| **Prairie Farms Dairy**<br>**P.O. Box 176**<br>**Holland, IN 47541** | **Prairie Farms Dairy**<br>**P.O. Box 176**<br>**Holland, IN 47541** | | | **5,444.88** |
| **Prosys Information Systems**<br>**P.O. Box 536761**<br>**Atlanta, GA 30353-6761** | **Prosys Information Systems**<br>**P.O. Box 536761**<br>**Atlanta, GA 30353-6761** | | | **4,995.00** |
| **Volunteers of America, Inc.**<br>**933 Goss Avenue**<br>**Louisville, KY 40217** | **Volunteers of America, Inc.**<br>**933 Goss Avenue**<br>**Louisville, KY 40217** | | | **4,371.17** |
| **Alliance Comfort Systems**<br>**P.O. Box 58860**<br>**Louisville, KY 40268-8860** | **Alliance Comfort Systems**<br>**P.O. Box 58860**<br>**Louisville, KY 40268-8860** | | | **4,289.04** |
| **Level 3 Communications LLC**<br>**P.O. Box 931843**<br>**Atlanta, GA 31193-1843** | **Level 3 Communications LLC**<br>**P.O. Box 931843**<br>**Atlanta, GA 31193-1843** | | | **4,253.51** |
| **Monitor 24-7 Inc.**<br>**335 Renfrew  Dr. Suite 301**<br>**MARKHAM ONT**<br>**CANADA  L3R 9S9** | **Monitor 24-7 Inc.**<br>**335 Renfrew  Dr. Suite 301**<br>**CANADA  L3R 9S9** | | | **4,238.94** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April  4, 2013**            Signature   **/s/ Anthony M. Zipple**
                                                 **Anthony M. Zipple**
                                                 **President/CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Seven Counties Services, Inc.**

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April  4, 2013**_____          Signature _**/s/ Anthony M. Zipple**_____

**Anthony M. Zipple**
**President/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___  continuation sheets attached to List of Equity Security Holders

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### Western District of Kentucky

In re   **Seven Counties Services, Inc.**                              Case No.

                                            Debtor(s)             Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$64,831,944.00** | **Gross Income July 2012 - February 2013** |
| **$100,402,700.00** | **Gross Income July 2011 - June 2012** |
| **$94,180,008.00** | **Gross Income July 2010 - June 2011** |

---

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                 AMOUNT                        SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None


**Complete a. or b., as appropriate, and c.**

   a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

   b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Schedule L** | | | |

None ☐

   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Schedule N** | | | |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attached Schedule O** | | | |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**


None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **Quarry Networks 3503 Poplar Level Rd $48,583.57** | **Hail damage** | **4/28/12** |
| **Shawna Poore $847.43** | **Auto accident** | **6/15/12** |
| **SCS Vehicle $293.72** | **Auto glass replacement** | **9/5/12** |

B7 (Official Form 7) (04/13)
4

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Seiller Waterman LLC<br>462 S. Fourth Street<br>22nd Floor<br>Louisville, KY 40202** | | **Pre-petition services  &<br>Retainer - $144,167.12** |

---

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Howard Bracco**<br><br>**Former CEO** | **7/1/11** | **2011 Ford Taurus<br>$22,328.00** |

None 

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

 List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **See attached Schedule P** | | |

**15. Prior address of debtor**

 If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

☒ None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

☒ None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

☒ None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

☒ None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None



a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Abbreial Drane**<br>**101 W Muhammad Ali Blvd**<br>**Louisville, KY 40202** | **3/2011 - 10/2011; 10/2012 - Present** |
| **Vicki Knable**<br>**2129 Corydon Ridge Road NE**<br>**Corydon, IN 47112** | **3/2011 - 9/2012** |

None

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Deming Malone Livesay & Ostroff** | **9300 Shelbyville Road**<br>**Suite 1100**<br>**Louisville, KY 40222** | **3/2011 - current** |

None

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **Abbreial Drane** | |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Fifth Third Bank** | **Monthly** |
| **Bank of New York Mellon Trust Company** | **Monthly** |

---

**20. Inventories**

None ☒   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☒   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Anthony Zipple** | **Chief Executive Officer** | |
| **Kelley Gannon** | **Chief Operating Officer** | |
| **Abbreial Drane** | **Chief Financial Officer** | |
| **Scott Hedges** | **Chief Medical Officer** | |
| **Gerald Brazeau** | **Chief Information Officer** | |
| **Also see attached Schedule Q** | | |

---

**22 . Former partners, officers, directors and shareholders**

None ☒   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

B7 (Official Form 7) (04/13)
8

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Lora Henderson**<br>**850 Washburn Ave #195**<br>**Louisville, KY 40222** | **Board member** | **01/13** |
| **John Shindlebower**<br>**168 Park Place**<br>**Mount Eden, KY 40046** | **Board member** | **05/12** |
| **Vicki Knable**<br>**101 W Muhammad Ali Blvd**<br>**Louisville, KY 40202** | **CFO** | **09/12** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **KERS** | **61-0600439** |
| **Prudential** | **22-1211670** |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **April 4, 2013**                    Signature    **/s/ Anthony M. Zipple**
                                                          **Anthony M. Zipple**
                                                          **President/CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# SCHEDULE "L"
## SEVEN COUNTIES SERVICES, INC.
### UNSECURED CREDITORS OVER $5,850

| VENDOR | ADDRESS | OVER $5850 |
|---|---|---|
| ZOOM GROUP | 410 W. CHESTNUT,LOUISVILLE,KY,40202 | $ 40,510.74 |
| ABM JANITORIAL SVC MID | 75 REMITTANCE D,CHICAGO,IL,60675-3011 | $ 12,989.05 |
| ABM JANITORIAL SVC MIDWEST LLC | 75 REMITTANCE D,CHICAGO,IL,60675-3011 | $ 25,742.95 |
| ACCOUNTEMPS | 12400 COLLECTIO,CHICAGO,KY,60693 | $ 34,768.71 |
| ADVANCE RESOURCES | STE 204, 200 WH,LOUISVILLE,CA,40222 | $ 5,850.00 |
| AFIA INC. | 404 PAULINE,ANN ARBOUR,KY,48103 | $ 35,222.55 |
| ALLIANCE COMFORT SYSTE | P.O. BOX 58860,LOUISVILLE,KY,40268-8860 | $ 40,988.42 |
| ALLIANCE COMFORT SYSTEMS | P.O. BOX 58860,LOUISVILLE,KY,40268-8860 | $ 20,872.20 |
| AOP PARTNERSHIP LLC | 200 HIGH RISE D,LOUISVILLE,KY,40213 | $ 36,696.00 |
| BEE LINE COURIER SERVICE | P.O. BOX 32186,LOUISVILLE,KY,40232-2186 | $ 8,000.08 |
| BEHAVIOR ANALYSTS OF T | 1703 SPEED AVEN,LOUISVILLE,VA,40205 | $ 12,692.50 |
| BEHAVIOR ANALYSTS OF TEXAS LLC | 1703 SPEED AVEN,LOUISVILLE,VA,40205 | $ 27,885.00 |
| BEHAVIORAL INFORM. SYSTEMS LLC | 24 HANOVER ST S,LEBANON,VA,3766 | $ 11,395.50 |
| BIRCH COMMUNICATIONS INC | P.O. BOX 122544,DALLAS,IL,75312-2544 | $ 7,750.32 |
| BOICE ENTERPRISES | PO BOX 647,NEW ALBANY,KY,47151 | $ 219,865.01 |
| BRIAN SHOFNER | 924 EAST LIBERT,LOUISVILLE,KY,40204 | $ 20,065.14 |
| BRIAN SHOFNER | 924 EAST LIBERT,LOUISVILLE,KY,40204 | $ 2,903.24 |
| BRIDGEHAVEN | 950 SOUTH FIRST,LOUISVILLE,KY,40203 | $ 256,597.22 |
| BRIDGEHAVEN | 950 SOUTH FIRST,LOUISVILLE,KY,40203 | $ 141,522.86 |
| BRIDGEHAVEN | 950 SOUTH FIRST,LOUISVILLE,KY,40203 | $ 3,858.00 |
| BRIDGEHAVEN | 950 SOUTH FIRST,LOUISVILLE,KY,40203 | $ 1,025.23 |
| C & H SECURITY INC. | 6002 HAMBURG PI,JEFFERSONVILLE,KY,47130 | $ 15,048.58 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 31,190.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 560.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 560.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 480.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 480.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 440.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 440.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 440.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 410.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 400.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 360.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 360.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 360.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 360.00 |

| | | |
|---|---|---:|
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 340.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 280.00 |
| CATHOLIC CHARITIES | 2911 SO. FOURTH,LOUISVILLE,CT,40208 | $ 200.00 |
| CEREBRAL PALSY KIDS CENTER | 982 EASTERN PAR,LOUISVILLE,KY,40217 | $ 17,840.50 |
| CITRIX SYSTEMS, INC. | POB 931686, ATLANTA , GA, 30384 | $ 21,262.50 |
| CITY OF WEST BUECHEL | 3705 BASHFORD A,WEST BUECHEL,KY,40218 | $ 11,592.18 |
| COMMONWEALTH BUS CTR V | P.O. BOX 22286,LOUISVILLE,KY,40252-0286 | $ 14,570.22 |
| COMMONWEALTH BUS CTR VOM LLC | P.O. BOX 22286,LOUISVILLE,KY,40252-0286 | $ 29,140.44 |
| COMMUNITY LIVING, INC | 333 GUTHRIE ST.,LOUISVILLE,KY,40202-1834 | $ 58,639.41 |
| COMMUNITY LIVING, INC | 333 GUTHRIE ST.,LOUISVILLE,KY,40202-1834 | $ 2,664.34 |
| COMPANION LIFE INS. CO. | P.O. BOX 100102,COLUMBIA,KY,29202 | $ 41,257.77 |
| CORVUS JANITORIAL SYST | 11900 PLANTSIDE,LOUISVILLE,KY,40299 | $ 7,079.25 |
| CORVUS JANITORIAL SYSTEMS | 11900 PLANTSIDE,LOUISVILLE,KY,40299 | $ 15,910.50 |
| DBA DIRECT, INC. | KATHLEEN STEFFE,LEXINGTON,KY,40588 | $ 7,310.00 |
| DEMING MALONE LIVESAY | 9300 SHELBYVILL,LOUISVILLE,,KY,40222 | $ 19,720.00 |
| DEPARTMENT OF PSYCHIAT | 401 E. CHESTNUT,LOUISVILLE,KY,40202 | $ 15,542.67 |
| DEPARTMENT OF PSYCHIATRY | 401 E. CHESTNUT,LOUISVILLE,KY,40202 | $ 31,085.34 |
| DMD DATA SYSTEMS, INC. | 2288 SAVANNAH L,LEXINGTON,IN,40513 | $ 8,447.02 |
| DMLO | 9300 SHELBYVILL,LOUISVILLE,KY,40222-5187 | $ 8,340.00 |
| DUPLICATOR SALES & SER | 831 E BROADWAY,LOUISVILLE,KY,40204 | $ 6,953.29 |
| DUPLICATOR SALES & SERVICE | 831 E BROADWAY,LOUISVILLE,KY,40204 | $ 9,819.86 |
| ECOLAB | P.O. BOX 905327,CHARLOTTE,NC,28290-5327 | $ 13,719.22 |
| FBM PROPERTIES | 333 GUTHRIE,LOUISVILLE,KY,40202 | $ 167,633.68 |
| FIFTH THIRD BANK | P.O. BOX 740523,CINCINNATI,GA,45274-0523 | $ 147,123.82 |
| GUARDIAN | P.O. BOX 677458,DALLAS,TX,75267-7458 | $ 144,307.12 |
| HALL, RENDER, KILLIAN, HEATH, | 39778 TREASURY CENTER, CHICAGO, IL, 60694 | $ 26,376.96 |
| HARDING, SHYMANSKI | EVANSVILLE, IN, 47735 | $ 18,816.00 |
| HON COMPANY | P.O. BOX 404422,ATLANTA,GA,30384-4422 | $ 38,267.91 |
| HUMANA DENTAL | PO BOX 0896,CAROL STREAM,CA,60132 | $ 93,148.09 |
| IBM | PO BOX 643600,PITTSBURGH,OH,15264-3600 | $ 6,854.75 |
| IGE MEDIA | SUITE 2,LOUISVILLE,KY,40204 | $ 7,750.00 |
| INDEPENDENCE AT HEART LLC | 13003 LARKSPUR,PROSPECT,KY,40059 | $ 8,942.50 |
| INFOR | P.O. BOX 1450,MINNEAPOLIS,MN,55485-7418 | $ 337,928.84 |
| IRON MOUNTAIN RECORDS MGMNT. | PO BOX 27128,NEW YORK,UT,10087-7128 | $ 7,530.72 |
| IVY TECH COMMUNITY COLLEGE | 204 HIGHWAY 31,SELLERSBURG,IN,47172-1897 | $ 15,800.00 |
| JEFF.COMMUNITY & TECH. | 109 EAST BROADW,LOUISVILLE,KY,40202 | $ 15,314.92 |
| JEFF.COMMUNITY & TECH.COLLEGE | 109 EAST BROADW,LOUISVILLE,KY,40202 | $ 30,629.84 |
| JEWISH HOSPITAL & | PO BOX 950135,LOUISVILLE,NY,40295-0135 | $ 146,613.58 |
| JOINT COMMISSION (JCAH | PO BOX 92775,CHICAGO,IL,60675-2775 | $ 10,800.00 |
| JOSEPH VOGE | 2115 BRUCE AVE,LOUISVILLE,CA,40218 | $ 18,355.69 |
| JOSEPH VOGE | 2115 BRUCE AVE,LOUISVILLE,CA,40218 | $ 1,604.60 |
| KARP | 152 WEST ZANDAL,LEXINGTON,KY,40503 | $ 19,440.07 |
| KENTUCKY STATE TREASUR | DEPARTMENT OF R,FRANKFORT,KY,40619 | $ 13,406.25 |
| KENTUCKY STATE TREASURER | LOUISVILLE, KY 40202 | $ 26,263.03 |
| KENTUCKY UTILITIES | LOUISVILLE, KY 40202 | $ 6,749.49 |
| KESA | P.O. BOX 856300,LOUISVILLE,PA,40285-6300 | $ 95,016.00 |
| LEVEL 3 COMMUNICATIONS LLC | P.O. BOX 910182,DENVER,IL,80291-0182 | $ 17,968.42 |

| | | |
|---|---|---|
| LOU. MEDICAL CREDIT UN | 130 MEDICAL TOW,LOUISVILLE,KY,40202 | $ 57,127.42 |
| LOU. MEDICAL CREDIT UNION | 130 MEDICAL TOW,LOUISVILLE,KY,40202 | $ 93,774.70 |
| LOUISVILLE METRO HEALTH DEPT. | BLANK,LOUISVILLE,KY,40202 | $ 11,251.50 |
| LOUISVILLE METRO HEALTH DEPT. | BLANK,LOUISVILLE,KY,40202 | $ 9,573.50 |
| LOUISVILLE METRO REVEN | P.O. BOX 35410,LOUISVILLE,KY,40232-5410 | $ 79,034.99 |
| LOUISVILLE WATER COMPA | 550 SOUTH THIRD,LOUISVILLE,KY,40202-1839 | $ 15,913.60 |
| LUCKETT & FARLEY | 737 SOUTH THIRD,LOUISVILLE,KY,40202 | $ 6,025.00 |
| MATTINGLY FOODS OF LOUISVILLE | 2055 NELSON MIL,LOUISVILLE,KY,40223 | $ 6,391.64 |
| MHC SOFTWARE | P.O. BOX 1749,BURNSVILLE,MD,55337 | $ 46,336.40 |
| NATIONAL COUNCIL FOR | 1701 K STREET N,WASHINGTON,TX,20006-1526 | $ 8,532.50 |
| NEACE LUKINS | 2305 RIVER ROAD,LOUISVILLE,KY,40206 | $ 359,377.20 |
| NETDIMENSIONS | )CKHART RD,WAN CHAI, HONG KONG,FL,40202 | $ 9,500.00 |
| NETSMART TECHNOLOGIES, | P.O. BOX 823519,PHILADELPHIA,IL,19182-3519 | $ 94,405.15 |
| NEW WEST, LLC | CKENRIDGE LN., STE 140, LOUISVILLE,KY, 40206 | $ 56,350.13 |
| NOLTEMEYER COMPANY | 122 NORTH PETER,LOUISVILLE,KY,40207 | $ 10,397.77 |
| O'BRIEN FORD | HIGHWAY 53 SOUT,SHELBYVILLE,KY,40065 | $ 21,057.24 |
| OFFICE TEAM | 12400 COLLECTIO,CHICAGO,LA,60693 | $ 55,361.89 |
| OPTIONS UNLIMITED INC. | 205 CASTLEROCK,SHEPHERDSVILLE,KY,40165 | $ 27,806.01 |
| OPTIONS UNLIMITED INC. | 205 CASTLEROCK,SHEPHERDSVILLE,KY,40165 | $ 7,893.67 |
| PERITUS | 200 S 5TH STREET #503N,LOUISVILLE, KY,40202 | $ 14,839.74 |
| PERITUS | 200 S 5TH STREET #503N,LOUISVILLE, KY,40202 | $ 7,000.00 |
| PRECISION DESIGN &CONS | 10113 PRODUCTIO,LOUISVILLE,KY,40299 | $ 29,851.68 |
| PREMIER HONE CARE | 11530 ELECTRON,LOUISVILLE,KY,40299 | $ 11,602.50 |
| PROSYS INFORMATION SYS | P.O. BOX 536761,ATLANTA,IL,30353-6761 | $ 89,495.14 |
| RANDSTAD | PO BOX 2084,CAROL STREAM,KY,60132-2084 | $ 10,898.76 |
| RAY NOLAN ROOFING COMPANY | 4606 ILLINOIS A,LOUISVILLE,KY,40213 | $ 7,280.00 |
| ROBERT HALF MGMT RESOURCES | )0 COLLECTIONS CTR DRIVE,CHICAGO, IL,60693 | $ 32,260.66 |
| SAM'S CLUB DIRECT | PO BOX 530930,ATLANTA,GA,30353-0930 | $ 15,675.61 |
| SCHIZOPHRENIA FOUNDATI | P O BOX 1927,LOUISVILLE,CA,40201 | $ 39,203.50 |
| SCHIZOPHRENIA FOUNDATION | P O BOX 1927,LOUISVILLE,CA,40201 | $ 78,407.00 |
| SEILLER WATERMAN LLC | ER TOWER, 22ND FLOOR, LOUISVILLE KY 40202 | $ 17,954.12 |
| SEILLER WATERMAN LLC | ER TOWER, 22ND FLOOR, LOUISVILLE KY 40202 | $ 126,213.00 |
| SOUTH CENTRAL PRINTING | P.O. BOX 339,COLUMBIA,NJ,42728 | $ 12,400.00 |
| SOUTHERN STRATEGY GROUP OF KY | PO BOX 10570,TALLAHASSEE,GA,32302 | $ 6,000.00 |
| SPRINT | POB 4181,CAROL STREAM,KY,60197-4181 | $ 99,497.35 |
| STAPLES | DET P.O. BOX 83,CHICAGO,IN,60696-3689 | $ 60,644.15 |
| SUPERIOR VAN & MOBILITY | 4734 ROCKFORD P,LOUISVILLE,KY,40216 | $ 34,048.00 |
| SYSCO/LOUISVILLE | P.O. BOX 32470,LOUISVILLE,KY,40232-2470 | $ 44,457.73 |
| TERRI STOLTZ | 4707 HUNTERS PO,LOUISVILLE,KY,40216 | $ 6,361.39 |
| THIENEMAN MULITFAMILY | P.O. BOX 991064,LOUISVILLE,CT,40269 | $ 23,679.83 |
| THIENEMAN MULITFAMILY PROPERTY | P.O. BOX 991064,LOUISVILLE,CT,40269 | $ 48,345.75 |
| TIME+PLUS SERVICES | 1105 N. BROADWA,LEXINGTON,TX,40505 | $ 118,188.00 |
| TREASURER, KY UNEMPLOYMENT | P.O. BOX 948,FRANKFORT,KY,40602-0948 | $ 61,093.00 |
| TRILOGY HEALTH SERVICES | 303 N. HURSTBOU,LOUISVILLE,KY,40222 | $ 26,522.38 |
| TRILOGY REAL ESTATE LL | SUITE 200,LOUISVILLE,TX,40222 | $ 13,369.35 |
| U OF L SCHOOL OF MEDIC | 401 E CHESTNUT,LOUISVILLE,KY,40202 | $ 15,568.76 |
| U OF L SCHOOL OF MEDICINE | 401 E CHESTNUT,LOUISVILLE,KY,40202 | $ 31,137.52 |

| | | | |
|---|---|---|---:|
| UNITED MAIL, LLC | 4410 BISHOP LAN,LOUISVILLE,PA,40218 | $ | 9,006.49 |
| UNIVERSITY OF LOUISIVLLE | 501 SO. PRESTON,LOUISVILLE,KY,40202-1701 | $ | 36,743.76 |
| UNIVERSITY PSYCHIATRIC SVCS. | P.O. BOX 3367,LOUISVILLE,KY,40201 | $ | 14,453.75 |
| UNIVERSITY PSYCHIATRIC SVCS. | P.O. BOX 3367,LOUISVILLE,CO,40201 | $ | 21,076.88 |
| UNIVERSITY PSYCHIATRIC SVCS. | P.O. BOX 3367,LOUISVILLE,CO,40201 | $ | 9,300.00 |
| UNIVERSITY PSYCHIATRIC SVCS. | P.O. BOX 3367,LOUISVILLE,CO,40201 | $ | 72,201.51 |
| UNIVERSITY PSYCHIATRIC SVCS. | P.O. BOX 3367,LOUISVILLE,CO,40201 | $ | 12,555.00 |
| VIDEO PRO LLC | 1732 PALMYRA AVE,LEXINGTON,KY,40505 | $ | 9,480.00 |
| VOLUNTEERS OF AMERICA, | 933 GOSS AVE,LOUISVILLE,KY,40217 | $ | 53,396.57 |
| VOLUNTEERS OF AMERICA, INC | 933 GOSS AVE,LOUISVILLE,KY,40217 | $ | 95,747.12 |
| WAYNE CORPORATION | 1169 EASTERN PA,LOUISVILLE,KY,40217 | $ | 5,855.53 |
| WEBROOT SOFTWARE | DEPARTMENT 1713,DENVER,KY,80291-1713 | $ | 18,910.08 |
| WEISSKOPF CHILD EVALUTION CTR | 571 S FLOYD STR,LOUISVILLE,KY,40202-3828 | $ | 10,858.46 |
| WELLSPRING | PO BOX 1927,LOUISVILLE,KY,40201-1927 | $ | 92,748.74 |
| WELLSPRING | PO BOX 1927,LOUISVILLE,KY,40201-1927 | $ | 43,558.08 |
| WELLSPRING | PO BOX 1927,LOUISVILLE,KY,40201-1927 | $ | 43,240.66 |
| WELLSPRING HOUSE | P O BOX 1927,LOUISVILLE,KY,40201 | $ | 202,579.13 |
| WINDSTREAM | P.O.BOX 9001950,LOUISVILLE,KY,40290-1950 | $ | 84,869.21 |
| WYATT, TARRANT & COMBS | SUITE 2800,LOUISVILLE,IL,40202-2898 | $ | 16,500.00 |
| WYATT, TARRANT & COMBS | SUITE 2800,LOUISVILLE,IL,40202-2898 | $ | 2,622.50 |
| WYATT, TARRANT & COMBS | SUITE 2800,LOUISVILLE,IL,40202-2898 | $ | 803.75 |
| YBJ, INC. | LOUISVILLE, KY 40202 | $ | 8,048.00 |
| ZIRMED, INC. | LOUISVILLE, KY 40202 | $ | 6,660.84 |
| ZOOM GROUP | 410 W. CHESTNUT,LOUISVILLE,KY,40202 | $ | 12,878.58 |

## SCHEDULE N

## SEVEN COUNTIES SERVICES, INC.

### TRAVEL AND OTHER EXPENSE REIMBURSEMENTS TO OFFICERS AND BOARD MEMBERS

| VEND NAME | ADDRESS | AMOUNT |
|---|---|---|
| ABBREIAL DRANE | 101 W. MUHAMMAD ALI BLVD, LOUISVILLE KY 40202 | $ 408.00 |
| ANTHONY ZIPPLE | 101 W. MUHAMMAD ALI BLVD, LOUISVILLE KY 40202 | $ 5,868.62 |
| GERALD BRAZEAU | 101 W. MUHAMMAD ALI BLVD, LOUISVILLE KY 40202 | $ 1,182.12 |
| KELLEY GANNON | 101 W. MUHAMMAD ALI BLVD, LOUISVILLE KY 40202 | $ 1,280.64 |
| SCOTT HEDGES, M.D. | 101 W. MUHAMMAD ALI BLVD, LOUISVILLE KY 40202 | $ 902.44 |
| VICKI KNABLE | 101 W. MUHAMMAD ALI BLVD, LOUISVILLE KY 40202 | $ 293.92 |
| LORA HENDERSON | 850 WASHBURN #1,LOUISVILLE,KY,40222 | $ 736.40 |
| JOHN BERAN | 404 CLYDEBANK C,LOUISVILLE,KY,40243 | $ 1,001.66 |
| ELIZABETH COOPER | 560B SOUTH 4TH,LOUISVILLE,KY,40202 | $ 736.40 |
| BRANDON WHITE | 2200 GREENE WAY,LOUISVILLE,TN,40220 | $ 1,388.61 |

## Schedule O

# Lawsuits and Administrative Proceedings Pending in Last Year against Seven Counties Services, Inc.
### March 2013

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Russ Williams v. SCS, et al.<br><br>No. 11-CI-01381 | Alleged wrongful discharge, defamation | Jefferson Circuit Court, Louisville, KY | Pending |
| Mike Lyon v. SCS, et al.<br><br>No. 11-CI-003070 | Pro se complaint; allegations of unauthorized treatment and negligence | Jefferson Circuit Court, Louisville, KY | Dismissed; court of appeals denied motion for rehearing; supreme court denied motion for discretionary review |
| Deborah Etherton v. SCS, et al.<br><br>No. 11-CI-02979 | Alleged negligence arising out of automobile accident | Jefferson Circuit Court, Louisville, KY | Agreed order dismissing complaint with prejudice |
| Sherry Michals v. SCS, et al.<br><br>No. 12-CI-03553 | Alleged wrongful discharge; discrimination based on disability | Jefferson Circuit Court, Louisville, KY | Pending |
| Erica Mitchell v. SCS<br><br>No. 12-CI-05026 | Alleged wrongful discharge; discrimination based on gender/pregnancy | Jefferson Circuit Court, Louisville, KY | Pending |
| Katherine Burkay v. SCS<br><br>24J-A-11-5518 | Alleged discriminatory termination, based on age | Louisville-Jefferson County Metro Human Relations Commission Louisville, KY | Dismissed (right to sue expired August 2012) |
| Dixie Turpen v. SCS<br><br>24J-AD-11-5521 | Alleged employment discrimination on basis of age and disability | Louisville-Jefferson County Metro Human Relations Commission Louisville, KY | Dismissed (right to sue expired July 2012) |
| Erica Mitchell v. SCS<br><br>474-2011-00845<br><br><br>24J-7-12-5574 | Alleged discriminatory discharge on basis of gender and pregnancy | Equal Employment Opportunity Commission Louisville, KY<br><br>Louisville-Jefferson County Metro Human Relations Commission Louisville, KY | Dismissed by both agencies (right to sue on federal claims would have expired August 2012; charging party filed suit on state claims in state court in September 2012) |
| Latascha Craig v. SCS<br><br>846-2012-04036 | Alleged discriminatory discharge on basis of pregnancy | Equal Employment Opportunity Commission Louisville, KY | Dismissed |

**Schedule O**

## Lawsuits and Administrative Proceedings Pending in Last Year against Seven Counties Services, Inc.
### March 2013

| | | | |
|---|---|---|---|
| *Mark Roth v. SCS*<br><br>474-2012-00651 | Alleged discriminatory discharge on basis of gender and age | Equal Employment Opportunity Commission Louisville, KY | Dismissed (right to sue expires June 2013) |
| *Patricia Rodriguez v. SCS*<br><br>846-2012-69403 | Alleged discriminatory discharge on basis of race and gender | Equal Employment Opportunity Commission Louisville, KY | Dismissed (right to sue expires in April 2013) |
| *Susan T. Zimmerman v. SCS*<br><br>474-2013-00405<br><br><br>7785-E | Alleged discriminatory discharge on basis of age | Equal Employment Opportunity Commission Louisville, KY<br><br>Kentucky Commission on Human Rights Louisville, KY | Pending |

Schedule P

# Seven Counties Services, Inc.
## AFFILIATED AGENCIES

**Bingham Child Guidance (Medicaid)**
200 E Chestnut St   40202
852-6941                    FAX 852-1071
Dr. Allan Josephson., Exec. Dir.
allan.josephson@louisville.edu
Contact: Dr. Fred Stocker
fjstoc01@louisville.edu
Contact: Carol Thomas
c0thom01@louisville.edu

**\*Bridgehaven (Medicaid)**
950 S 1st St   40203
585-9444                    FAX 585-9466
Ramona Johnson, Exec. Dir.
Riohnson@bridgehaven.org

**Community Coordinated Child Care**
1215 S 3rd St  40203
636-1358                    FAX 636-1488
Susan Vessels, Exec. Dir.
Contact:  Ms. Estes
Susan-Vessels@4cforkids.com
Gina-Deveary@4cforkids.com (assistant)

**Community Living**
333 Guthrie St  Ste 308   40202
585-5272                    FAX 585-5277
Contact:  Steve Zaricki
szaricki@communitylivinginc.com

**The Morton Center**
1028 Barret Avenue
Louisville, KY  40204
451-1221                    FAX 451-1337
Contact: Priscilla McIntosh, Executive Director
pmcintosh@themortoncenter.org

**Options Unlimited**
205 Castlerock Dr
Shepherdsville KY  40165
955-7271                    FAX 955-7221
William Byrd, Exec. Dir.
williebyrd@juno.com

500 Main St       Shelbyville  KY  40065
1-502-633-9725

**Our Lady of Peace Crossroads (Medicaid)**
2020 Newburg Rd
Louisville, KY  40205
451-3330                    FAX 479-4140
Jennifer Nolan, CEO
nancy.mercer@ihsmh.org (assistant)
contact Courtney Rodewig
courtneyrodewig@kentuckyonehealth.org

**St. John Center**
700 E Muhammad Ali Blvd   40202
568-6758                    FAX 587-6883
Maria Price, Director
mariaprice@stjohncenter.org

**UofL Department of Psychiatry (Medicaid)**
UofL Psychiatric Group
401 East Chestnut #610  40202
813-6640
Allan Tasman, M.D., Director
allan.tasman@louisville.edu
Contact:  Carol Thomas
Carol.thomas@louisville.edu

**\*University of Louisville Emergency
Psychiatry Services**
University Medical Center
530 S Jackson St   40202
562-3120                    FAX 562-7090
Allan Tasman, M.D., Director
Contact:  Carol Thomas
Carol.thomas@louisville.edu

**University of Louisville Weisskopf Child
    Evaluation Center/ STAR (Medicaid)**
571 South Floyd Street #100, 40202
852-5331
David Dunn, M.D.
Executrive VP for Health Affairs
Contact: Scott Tomchek, Ph.D.
scott.tomchek@louisville.edu

**Visually Impaired Preschool (VIPS)**
1906 Goldsmith Ln   40218
636-3207                    FAX 636-0024
Diane Nelson, Exec. Dir.
www.vips.org
dnelson@vips.org

**Volunteers of America (Medicaid)**
933 Goss Ave   40217
636-0771                    FAX 637-8111
Jane Burks, Exec. Dir.
Contact: Gary Purlee
GaryP@voaky.org

**\*Wellspring House (Medicaid)**
*Administrative Office: (Pony)*
225 West Breckenridge Street.
Louisville KY 40203
*Mailing address:*
PO Box 1927
Louisville KY 40201-1927
637-4361                    FAX 637-4490
Kathy Dobbins, Exec. Dir.
dobbinsk@wellspring-house.org
Contact:  Patrick Rhodes
rhodesp@wellspring-house.org

● *Wellspring Crisis Stabilization Unit*
  *120 W College St   40203  584-2870*

● *David Block Crisis Stabilization Unit*
  *841 East Chestnut  40204  561-1051*

**Zoom Group, Inc.**
(formerly Louisville Diversified Services)
410 W Chestnut  Ste 900  40202
581-0658                    FAX 581-9520
Tammie Hollar, Exec. Dir.
thollar@zoomgroup.org
Contact: Judy Erwin
jerwin@zoomgroup.org

Schedule Q

# SEVEN COUNTIES SERVICES, INC.
## BOARD OF DIRECTORS
### July 2012 - June 2013

| NAME | MAILING ADDRESS | OCCUPATION | PRIMARY INTEREST | REPRESENTATION | COMMITTEE MEMBERSHIP | TERMS |
|---|---|---|---|---|---|---|
| Bain, Nina | 484 Tollview Drive, Shepherdsville, KY 40165 502-543-2755 ninabain@yahoo.com | Retired educator and currently P/T Coordinator for PAX | MH | Bullitt County, endorsed by County Judge Executive | Rural Counties Nominating SCS Learning, Inc. Board Alcohol & Drug | 06/08-09/13 |
| Beran, John | 404 Clydebank Court Louisville, Kentucky 40243 338-3908 – office jeberan@insightbb.com | Business Consultant | MH | Business | Finance Community Education | 09/11-09/13 |
| Browning, Wilbur, Sr. | 1541 West Oak Street Louisville, Kentucky 40210 969-5889 – home 587-6213 – office wbrown9293@aol.com | Minister – Centennial Olivet Baptist Church | SA | Faith community | Program Planning Alcohol & Drug Nominating | 04/11-09/13 |
| Carter, Jolie | 4119 Mimosa View Drive Louisville, Kentucky 40299 254-8600 – office 523-4442 – home jolie.carter@RNDC-USA.com | Marketing Manager | AD | Business/Marketing | Community Education | 04/12-09/15 |
| Clouse, Molly Leave of absence 2/13-6/13 | 1411 Valley Drive Louisville, Kentucky 40213 634-5148 – home 415-6713 – cell mollyclouse@earthlink.net | Mental Health Recovery Community | MH | Recovery | Community Education | 09/11-09/14 |
| Cooper, Elizabeth | 560 B South 4th Street Louisville, Kentucky 40202 562-9297 – office 644-0452 – home ecooper@famchildplace.org | Case Management Supervisor – Family & Children's Place | MH | Social Work | | 10/09-09/11 10/11-09/15 |
| Dolan, Dennis | 2400 Chadford Way Louisville, KY 40222 327-6008 – home djdolan@insightbb.com | Management Consultant | MH | Business Homelessness | | 01/13-09/14 |

| Name | Mailing Address | Occupation | Primary Interest | Representation | Committee Membership | Terms |
|---|---|---|---|---|---|---|
| Garrison, Peter | 9390 Bunsen Parkway<br>Louisville, Kentucky 40220<br>214-6160 – office<br>550-1742 – home<br>550-1742 – cell<br>petergarrison@troversolutions.com | Accountant/<br>CPA with<br>Trover<br>Solutions, Inc. | SA | Finance | Finance<br>Program Planning | 02/12-09/14 |
| Ginn, June | 172 Kidwell Pike<br>Bedford, Kentucky 40006<br>502-255-3575<br>502-599-3883 - cell<br>shepginn@gmail.com | Retired Circuit<br>Clerk | MH | Resident of Trimble<br>County, endorsed by<br>County Judge Executive | Rural Counties<br>Nominating | 04/07-09/08<br>10/08-09/12<br>10/12-09/16 |
| Gunn, Kevin | 100 N Shawnee Ter<br>Louisville, KY 40212<br>777-8522 - cell<br>937-4014– home<br>gunnkevin1@aim.com | Jefferson<br>Community &<br>Technical<br>College | MH | Vocational | Community Education | 10/09-09/11<br>10/11-09/15 |
| Holton II, David | 2408 Windsor Forest Drive<br>Louisville, Kentucky 40272<br>643-9532 - cell<br>davidholton@kycourts.net | Attorney and<br>District Judge | MH | Law<br>Judicial | Chair of the Board<br>Chair - Executive<br>Nominating | 10/08-09/10<br>10/10-09/14 |
| Hoy, Thomas | 101 South Fifth Street #2500<br>Louisville, Kentucky 40202<br>581-8016 – office<br>896-4964 – home<br>tom.hoy@dinsmore.com | Attorney –<br>Dinsmore &<br>Shohl, LLP | MH | Health law | Finance | 10/11-09/13 |
| Huggins, Sara C.<br>Leave of absence<br>10/08 – 03/09 | 512 Jarvis Lane<br>Louisville, Kentucky 40207<br>894-8514 – home<br>727-1495 – cell<br>schuggins54@aol.com | Attorney | SA | Law<br>Family member | Secretary of the Board<br>Finance<br>Executive<br>Chair-Nominating<br>Rural Counties | 07/06-09/08<br>10/08-09/12<br>10/12-09/16 |
| Jolly, Kay | 303 Fairground Rd<br>Taylorsville, Kentucky 40071<br>502-345-0853 – cell<br>502-629-5990<br>kay.jolly@louisville.edu | Administrative<br>– U of L<br>Pedatrics | MH | Resident of Spencer<br>County endorsed by<br>County Judge Executive | Rural Counties | 11/12-09/13 |
| Moss, Steve | 4112 Myers Avenue<br>Crestwood, Kentucky 40014<br>241-8135 – home<br>376-8971 – cell<br>mosssteve@bellsouth.net | Real Estate<br>Developer/<br>Construction | MR | Resident of Oldham<br>County, endorsed by<br>County Judge Executive | | 05/07-09/13 |

| NAME | MAILING ADDRESS | OCCUPATION | PRIMARY INTEREST | REPRESENTATION | COMMITTEE MEMBERSHIP | TERMS |
|---|---|---|---|---|---|---|
| O'Flynn, Paul | 106 East Broadway<br>Louisville, Kentucky 40202<br>581-9511 – office<br>899-3328 – home<br>p.oflynn@kodaorgan.org | Executive Director – KY Organ Donor Affiliates | SA | Non-Profit | Finance<br>Executive<br>Chair – Governance<br>Alcohol & Drug | 10/09-09/13 |
| Overpeck, Keith | 5939 Ashwood Bluff Drive<br>Louisville, Kentucky 40207<br>893-3409 – home<br>kover@bellsouth.net | Retired Journalist – Courier Journal | MH | Media | Executive<br>Chair – Community Education<br>Program Planning | 07/06-09/07<br>10/07-09/11<br>10/11-09/15 |
| Parker, Phyllis | 10401 St. Rene Road<br>Louisville, Kentucky 40299<br>266-6337 – home<br>phyllisparker007@gmail.com | Retired Director Central State Hospital & social worker | MH | Social Work<br>State Networking | Community Education<br>Program Planning | 10/09-09/13 |
| Perry, Denise | 326 South Main Street<br>New Castle, Kentucky 40058<br>502-947-5453 – home<br>502-845-8600 – office<br>denise.perry@henry.kyschools.us | Director of Student Services – Henry Co. Schools | MH | Resident of Henry County endorsed by County Judge Executive | Rural Counties | 05/09-09/12<br>10/12-09/16 |
| Ringswald, Michael | 601 West Market Street<br>Louisville, Kentucky 40202<br>561-7128 – office<br>222-4034 – home<br>216-8706 - cell<br>mringswald@republicbank.com | Attorney and Banker – Republic Bank | SA | Oldham County, endorsed by County Judge Executive; Banking | Treasurer of the Board<br>Executive<br>Chair - Finance<br>Alcohol & Drug<br>Rural Counties | 10/09-09/12<br>10/12-09/16 |
| Rothgerber, Harry J. | 3718 Hillsboro Road<br>Louisville, Kentucky 40207<br>259-9152 – home<br>hrothgerber@gmail.com | Retired - First Assistant Common-wealth's Attorney | SA | Law | Executive<br>Alcohol & Drug<br>Vice Chair | 07/06-09/13 |
| True, Laurel | 7643 Frankfort Road<br>Shelbyville, Kentucky 40065<br>502-829-5551 – home<br>kytrue@bellsouth.net | Retired State Administrator | MR | Resident of Shelby County, endorsed by County Judge Executive | Executive<br>Finance<br>Interim Chair - Rural Counties | 09/08-09/13 |
| White, Brandon | 2200 Greene Way<br>Louisville, Kentucky 40220<br>290-3236 – home<br>439-1555 – office<br>brandonw@insuramax.com | Vice President – Insuramax | SA | Insurance | Finance<br>Nominating<br>SCS Learning, Inc. Board | 04/11-09/12<br>10/12-09/16 |

| Name | Mailing Address | Occupation | Primary Interest | Representation | Committee Membership | Terms |
|------|-----------------|------------|------------------|----------------|----------------------|-------|
| Zipple, Dr. Anthony | 101 West Muhammad Ali<br>Louisville, Kentucky 40202<br>589-8600 - office<br>589-8614 – fax<br>azipple@sevencounties.org | CEO of Seven Counties Services | | | Ex-officio of all committees | |

B6A (Official Form 6A) (12/07)

In re    **Seven Counties Services, Inc.** _____ ,    Case No. _____
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **130 S. Joe B. Hall Avenue**<br>**Shepherdsville, KY 40165** | **Fee simple** | - | **1,440,484.00** | **720,000.00** |
| **250 Alpine Drive**<br>**Shelbyville, KY 40065** | **Fee simple** | - | **1,348,581.00** | **0.00** |
| **2131-2141 Spencer Court**<br>**LaGrange, KY 40031** | **Fee simple** | - | **1,454,261.00** | **1,192,000.00** |
| **3717 Taylorsville Road**<br>**Louisville, KY 40220** | **Fee simple** | - | **2,573,391.00** | **0.00** |
| **2105 Crums Lane**<br>**Louisville, KY 40216**<br><br>**(2 parcels)** | **Fee simple** | - | **1,494,162.00** | **0.00** |
| **2225 W. Broadway**<br>**Louisville, KY 40211** | **Fee simple** | - | **1,380,652.00** | **872,000.00** |
| **2210 Tucker Station Road**<br>**Louisville, KY 40299** | **Fee simple** | - | **783,620.00** | **520,000.00** |
| **2650 W. Broadway**<br>**Louisville, KY 40211** | **Fee simple** | - | **1,589,524.00** | **0.00** |
| **Principal Office**<br>**101 W. Muhammad Ali Blvd.**<br>**Louisville, KY 40202** | **Fee simple** | - | **3,893,658.00** | **1,280,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **15,958,333.00** | (Total of this page) |
| Total > | **15,958,333.00** | |
|  | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **Seven Counties Services, Inc.**                                                         ,     Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Petty cash** | - | 4,754.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Operating acct - Fifth Third** | - | 2,012,708.72 |
| | | **Payroll acct - Fifth Third** | - | 0.00 |
| | | **Operating acct - Republic Bank** | - | 837,846.00 |
| | | **Operating acct - Peoples Bank** | - | 89,140.00 |
| | | **Operating acct for Personnel Best LLC - Fifth Third Bank** | - | 35,280.00 |
| | | **Operating acct - Payee Acct - Fifth Third Bank** | - | 288,027.00 |
| | | **Opearting acct for Personal Care Home - Fifth Third Bank** | - | 8,384.00 |
| | | **CDs - Raymond Jones** | - | 7,109,595.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposits with LG&E** | - | 667.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >     **10,386,401.72**
(Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                                            ,   Case No. _____
_____
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Prepaid insurance** | - | 490,396.00 |
| | | **Prepaid rents (as lessee)** | - | 147,625.00 |
| | | **Prepaid various - Contract billing - IT services** | - | 352,590.00 |
| | | **Prepaid Bond Fees** | - | 110,991.00 |
| | | **Prepaid Workes' Comp** | - | 49,196.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **MHRRG - 4.5%** | - | 80,000.00 |
| | | **Louisville Comm Development Bank** | - | 100,000.00 |
| | | **Community Foundation** | - | 52,455.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | | **SCS Learning Inc** | - | 202,614.00 |
| | | **Personnel Best Inc** | - | 0.00 |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Grants & Contracts** | - | 1,995,070.00 |
| | | **Insurance** | - | 117,686.00 |
| | | **MCO - Medicaid** | - | 7,657,596.00 |
| | | **Medicaid** | - | 2,764,798.00 |
| | | **Medicare** | - | 63,574.00 |

Sub-Total >      **14,184,591.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Seven Counties Services, Inc.** _____ ,    Case No. _____
                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Personal Best Inc** | - | **363,921.00** |
| | | **SCS Learning Inc** | - | **202,614.00** |
| | | **Self Pay** | - | **59,210.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Renaissance House - AODE#810029** | - | **Unknown** |
| | | **Lighthouse - AODE#810104** | - | **Unknown** |
| | | **JADAC (detox) - AODE#810214** | - | **Unknown** |
| | | **JADAC (outpatient & IOP) - AODE#810088** | - | **Unknown** |
| | | **Prevention - #840003** | - | **Unknown** |
| | | **Rural outpatient - AODE#810081** | - | **Unknown** |
| | | **CMHC license #800119** | - | **Unknown** |

Sub-Total >    **625,745.00**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Seven Counties Services, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **JADAC license #100446** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Client records** | - | **0.00** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F153 4X4** | - | **5,800.00** |
| | | **2005 Chevrolet Suburban** | - | **12,000.00** |
| | | **1999 Ford E350 XL** | - | **2,900.00** |
| | | **2002 Ford E350** | - | **7,400.00** |
| | | **2005 Ford E350** | - | **7,300.00** |
| | | **2006 VanTerra Shuttle bus** | - | **25,000.00** |
| | | **2007 Ford E350** | - | **12,700.00** |
| | | **2008 Ford E350** | - | **9,500.00** |
| | | **2008 Ford E250** | - | **13,100.00** |
| | | **2008 Ford E350** | - | **10,500.00** |
| | | **2009 Ford E350XL** | - | **8,600.00** |
| | | **2009 Ford E350 15 Passenger van** | - | **12,000.00** |
| | | **2010 Ford F150** | - | **12,000.00** |
| | | **2011 Ford E350** | - | **14,000.00** |
| | | **2013 Ford F150** | - | **20,000.00** |
| | | **2013 Ford F150** | - | **20,000.00** |
| | | **2003 Ford E350** | - | **5,700.00** |
| | | **2011 Ford F150** | - | **14,000.00** |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >       212,500.00
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re __Seven Counties Services, Inc._____,       Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **See attached Schedule E** | - | 3,033,573.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **See attached Schedule F - Leasehold improvements** | - | 1,202,573.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **4,236,146.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **29,645,383.72** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

## SCHEDULE E
## SEVEN COUNTIES SERVICES, INC.
## Office Equipment at 4-5-2013

| F.A. ID | F.A. DESCRIPTION | F.A. ACQUI | F.A. ORIG | BV |
|---|---|---|---|---|
| ICEDIS04 | ICE MACHINE | 8/1/2007 | $ 1,529 | $ 1,338 |
| COPIER48 | RICOH DIGITAL COPIER | 10/1/2007 | $ 4,500 | $ 3,938 |
| COPIER51 | RICOH 3035SP DIG COP | 11/1/2007 | $ 4,500 | $ 3,938 |
| COPIER50 | RICOH 3035SP DIG COP | 11/1/2007 | $ 4,500 | $ 3,938 |
| COPIER49 | AFUCUI MP COPIER AND | 11/1/2007 | $ 1,695 | $ 1,483 |
| COPIER58 | RICOH PRO 906EX | 6/1/2008 | $ 21,817 | $ 19,090 |
| COPIER54 | RICOH MP C3500 COPIE | 6/1/2008 | $ 9,191 | $ 8,042 |
| COPIER55 | RICOH MP C3500 | 6/1/2008 | $ 9,191 | $ 8,042 |
| COPIER52 | RICOHC3500 | 6/1/2008 | $ 7,811 | $ 6,835 |
| COPIER53 | RICOH C3500 COPIER | 6/1/2008 | $ 9,191 | $ 8,042 |
| SHELF010 | BASEMENT SHELVING AT | 6/1/2008 | $ 9,695 | $ 8,483 |
| COPIER56 | RICOH PRO 906EX | 6/1/2008 | $ 21,817 | $ 19,090 |
| COPIER57 | RICOH PRO 906EX | 6/1/2008 | $ 21,817 | $ 19,090 |
| REFRG016 | REFRIGERATOR | 7/1/2008 | $ 2,217 | $ 1,940 |
| FREEZ001 | FREEZER | 7/1/2008 | $ 3,050 | $ 2,669 |
| COPIER59 | AFICIA MP C3500 COPI | 2/1/2009 | $ 8,791 | $ 7,692 |
| COPIER60 | AFICIA MP C3500 COPI | 2/1/2009 | $ 8,791 | $ 7,692 |
| DRYER007 | LG 7.3 CU FT ELECTRI | 3/1/2009 | $ 1,204 | $ 1,053 |
| SHELF011 | SHELVING FOR SHELBY | 6/1/2009 | $ 8,548 | $ 7,479 |
| FURN013 | BEDROOM FURNITURE | 7/1/2009 | $ 17,564 | $ 15,369 |
| COMP0809 | COMPUTER EQUUIPMENT | 8/1/2009 | $ 4,770 | $ 3,876 |
| REFRG017 | REFRIGERATOR | 8/1/2009 | $ 1,046 | $ 915 |
| COMP0909 | COMPUTER EQUIPMENT | 9/1/2009 | $ 96,787 | $ 78,639 |
| COMP1009 | COMPUTER EQUIPMENT | 10/1/2009 | $ 21,970 | $ 17,851 |
| COMP1109 | COMPUTER EQUIPMENT | 11/1/2009 | $ 20,354 | $ 16,538 |
| COMP1209 | COMPUTER EQUIPMENT | 12/1/2009 | $ 8,806 | $ 7,155 |
| COMP0110 | COMPUTER EQUIPMENT | 1/1/2010 | $ 176,636 | $ 143,517 |
| COMP0210 | COMPUTER EQUIPMENT | 2/1/2010 | $ 37,172 | $ 30,202 |
| FURN014 | DOUBLE WARDROBE | 2/1/2010 | $ 2,629 | $ 2,300 |
| COMP0310 | COMPUTER EQUIPMENT | 3/1/2010 | $ 4,421 | $ 3,592 |
| COMP0410 | COMPUTER EQUIPMENT | 4/1/2010 | $ 1,052 | $ 855 |
| COMP0510 | COMPUTER EQUIPMENT | 5/1/2010 | $ 100,366 | $ 81,548 |
| WASHER12 | WASHER(COMMERCIAL TO | 5/1/2010 | $ 1,051 | $ 920 |
| DISH005 | DISHWASHER (UNDERCOU | 5/1/2010 | $ 4,374 | $ 3,827 |
| COMP0610 | COMPUTER EQUIPMENT | 6/1/2010 | $ 59,206 | $ 48,105 |
| DISH006 | DISHWASHER (UNDERCOU | 6/1/2010 | $ 4,724 | $ 4,133 |
| REFRG018 | REFRIGERATOR RENASSA | 6/1/2010 | $ 1,339 | $ 1,172 |
| COMP0710 | COMPUTER EQUIPMENT | 7/1/2010 | $ 34,744 | $ 28,230 |
| DESK040 | DESK | 7/1/2010 | $ 1,675 | $ 1,465 |
| WASHER13 | UNIMAC COMMERCIAL WA | 7/1/2010 | $ 1,051 | $ 920 |
| COMP0810 | COMPUTER EQUIPMENT | 8/1/2010 | $ 5,585 | $ 4,538 |
| COMP0910 | COMPUTER EQUIPMENT | 9/1/2010 | $ 162,893 | $ 132,350 |
| COMP1010 | COMPUTER EQUIPMENT | 10/1/2010 | $ 119,091 | $ 96,761 |

## SCHEDULE E
## SEVEN COUNTIES SERVICES, INC.
## Office Equipment at 4-5-2013

| | | | | | |
|---|---|---|---|---|---|
| COMP1110 | COMPUTER EQUIPMENT | 11/1/2010 | $ | 24,623 | $ | 20,006 |
| COMP1210 | COMPUTER EQUIPMENT | 12/1/2010 | $ | 3,198 | $ | 2,598 |
| WASHER14 | UNIMAC COMMERCIAL WA | 12/1/2010 | $ | 1,051 | $ | 920 |
| COMP0111 | COMPUTER EQUIPMENT | 1/1/2011 | $ | 57,040 | $ | 46,345 |
| MIXER | FOOD MIXER | 1/1/2011 | $ | 3,213 | $ | 2,811 |
| COMP0211 | COMPUTER EQUIPMENT | 2/1/2011 | $ | 131,080 | $ | 106,503 |
| WASHER15 | UNIMAC COMM. TOP LOA | 2/1/2011 | $ | 1,083 | $ | 948 |
| COMP0311 | COMPUTER EQUIPMENT | 3/1/2011 | $ | 98,898 | $ | 80,354 |
| COMP0411 | COMPUTER EQUIPMENT | 4/1/2011 | $ | 7,030 | $ | 5,712 |
| COMP0511 | COMPUTER EQUIPMENT | 5/1/2011 | $ | 147,958 | $ | 120,216 |
| COMP0611 | COMPUTER EQUIPMENT | 6/1/2011 | $ | 265,848 | $ | 216,002 |
| COMP611A | COMPUTER EQUIPMENT | 7/1/2011 | $ | 102,647 | $ | 83,400 |
| COMP0811 | COMPUTER EQUIPMENT | 8/1/2011 | $ | 5,135 | $ | 4,172 |
| COMP0911 | COMPUTER EQUIPMENT | 9/1/2011 | $ | 132,397 | $ | 107,572 |
| TV004 | SHARP 60" LED TELEVI | 9/1/2011 | $ | 1,400 | $ | 1,225 |
| COMP1011 | COMPUTER EQUIPMENT | 10/1/2011 | $ | 127,376 | $ | 103,493 |
| WASHER16 | WHL STACK WASHER & D | 10/1/2011 | $ | 1,150 | $ | 1,006 |
| COMP1111 | COMPUTER/CABLING/INS | 11/1/2011 | $ | 47,440 | $ | 38,545 |
| COMP0212 | COMPUTER EQUIPMENT | 2/1/2012 | $ | 524,231 | $ | 425,938 |
| COMP0312 | COMPUTER EQUIPMENT | 3/1/2012 | $ | 94,614 | $ | 76,874 |
| TABLES05 | TABLES | 3/1/2012 | $ | 7,274 | $ | 6,365 |
| TABLES06 | TABLES | 3/1/2012 | $ | 7,431 | $ | 6,502 |
| DISH007 | DISHWASHER | 3/1/2012 | $ | 5,253 | $ | 4,596 |
| COMP0412 | COMPUTER EQUIPMENT | 4/1/2012 | $ | 208,332 | $ | 169,270 |
| FILE014 | FILE CABINET ACCTS R | 4/1/2012 | $ | 1,487 | $ | 1,301 |
| COMP0512 | COMPUTER EQUIPMENT | 5/1/2012 | $ | 125,113 | $ | 101,654 |
| COMP0612 | COMPUTER EQUIPMENT | 6/1/2012 | $ | 180,720 | $ | 146,835 |
| CHAIR015 | CHAIRS | 6/1/2012 | $ | 3,361 | $ | 2,941 |
| SAFE01 | FIRE KING SAFE | 6/1/2012 | $ | 1,990 | $ | 1,741 |
| FURN015 | DESKS, CHAIRS,CUBES, | 6/1/2012 | $ | 4,972 | $ | 4,351 |
| CHAIR014 | CHAIRS 4 LEG STACKER | 6/1/2012 | $ | 4,001 | $ | 3,501 |
| SHELF012 | MEDICAL RECORDS SHEL | 6/1/2012 | $ | 12,144 | $ | 10,626 |
| WASHDRY1 | WASHER AND DRYER | 6/1/2012 | $ | 1,933 | $ | 1,691 |
| MICROVEN | 27" MICRO-OVEN | 6/1/2012 | $ | 2,672 | $ | 2,338 |
| FURN016 | TABLE CUBE GUEST CHA | 6/1/2012 | $ | 3,591 | $ | 3,142 |
| CHAIR016 | BUCKET CHAIRS TAG GU | 6/1/2012 | $ | 8,277 | $ | 7,243 |
| COMP0712 | 149 LAPTOPS | 7/1/2012 | $ | 104,598 | $ | 84,986 |
| COMP0812 | COMPUTER EQUIPMENT | 8/1/2012 | $ | 11,271 | $ | 9,393 |
| FURN0812 | GUEST CHAIRS, TABLES | 8/1/2012 | $ | 2,225 | $ | 1,978 |
| COMP0912 | COMPUTER EQUIPMENT | 9/1/2012 | $ | 62,606 | $ | 53,476 |
| SOFT0912 | ICAROL SOFTWARE | 9/1/2012 | $ | 13,100 | $ | 11,190 |
| FURN0912 | BELMEADE LOVESEATS A | 9/1/2012 | $ | 8,097 | $ | 7,310 |
| COMP1012 | COMPUTER EQUIPMENT | 10/1/2012 | $ | 38,925 | $ | 34,059 |

## SCHEDULE E
## SEVEN COUNTIES SERVICES, INC.
## Office Equipment at 4-5-2013

| Code | Description | Date | | Value 1 | | Value 2 |
|---|---|---|---|---|---|---|
| FURN1012 | DESK AND CHAIR | 10/1/2012 | $ | 1,425 | $ | 1,306 |
| COMP1112 | COMPUTER EQUIPMENT | 11/1/2012 | $ | 14,317 | $ | 12,826 |
| DESK041 | DESK BRIGHTON CHERRY | 11/1/2012 | $ | 3,200 | $ | 2,978 |
| FURN1112 | STEEL CHAIRS,FILES,D | 11/1/2012 | $ | 1,092 | $ | 1,016 |
| FURN017 | CHAIR & FILE CABINET | 12/2/2012 | $ | 2,015 | $ | 1,935 |
| FURN019 | 15 CHAIRS | 12/6/2012 | $ | 3,094 | $ | 2,946 |
| FURN018 | 30 CHAIRS & 9 TABLES | 12/6/2012 | $ | 9,645 | $ | 9,262 |
| COMP1212 | COMPUTER EQPMT - DEC | 12/20/2012 | $ | 16,719 | $ | 15,525 |
| | | | | | $ | 3,033,573 |

## SCHEDULE F
## SEVEN COUNTIES SERVICES, INC.
## Leasehold Improvements at 4-5-2013

| F.A. ID | F.A. DESCRIPTION | F.A. ACQUI | F.A. ORIG | BOOK VALUE |
|---------|------------------|-----------|-----------|------------|
| 755-0698 | BUILDING IMPROVEMENT | 6/1/1998 | $ 16,680 | $ - |
| 757-0803 | ROOFING REPAIR | 8/1/2003 | $ 3,257 | $ 3,013 |
| 754-1003 | WATER HEATER | 10/1/2003 | $ 4,141 | $ 3,692 |
| 752-0204 | ROOF-130 VINE STREET | 2/1/2004 | $ 34,460 | $ 28,429 |
| 757-0204 | FURNACE | 2/1/2004 | $ 2,850 | $ 2,351 |
| 752-0304 | HVAC/ROOF REPAIR | 3/1/2004 | $ 2,925 | $ 2,365 |
| 757-0404 | FLOOR REINFORCEMENT | 4/1/2004 | $ 4,325 | $ 3,424 |
| 752-0604 | FLOORING | 6/1/2004 | $ 6,150 | $ 4,664 |
| 755-0604 | RENOVATION | 6/1/2004 | $ 4,950 | $ 3,754 |
| 757-0604 | AC SYSTEM | 6/1/2004 | $ 3,116 | $ 2,363 |
| 751-0704 | PAVEMENT 2105 CRUMS | 7/1/2004 | $ 4,525 | $ 3,356 |
| 755-0804 | AIR CONDITIONING UNI | 8/1/2004 | $ 13,310 | $ 9,872 |
| 757-0804 | AIR CONDITIONER | 8/1/2004 | $ 2,640 | $ 1,958 |
| 757-1204 | 2 FURNACES | 12/1/2004 | $ 2,840 | $ 2,106 |
| 757-0205 | ROOF & GUTTER | 2/1/2005 | $ 7,192 | $ 5,334 |
| 752-0405 | PARKING LOT | 4/1/2005 | $ 8,800 | $ 6,527 |
| 752-0605 | PARKING LOT REPAIR | 6/1/2005 | $ 31,362 | $ 23,260 |
| 754-0605 | ROOFING AND DRIVEWAY | 6/1/2005 | $ 8,670 | $ 6,430 |
| 755-0605 | DRIVEWAY SEALING/REN | 6/1/2005 | $ 4,750 | $ 3,523 |
| 757-0605 | BATHROOM RENOVATION | 6/1/2005 | $ 13,493 | $ 10,007 |
| 755_0705 | SOFFITT | 7/1/2005 | $ 4,150 | $ 3,078 |
| 754-0805 | COMPRESSOR | 8/1/2005 | $ 4,952 | $ 3,673 |
| 757-0805 | CONCRETE WALKWAYS | 8/1/2005 | $ 13,601 | $ 10,087 |
| 752_0905 | PARKING LOT EXPANSIO | 9/1/2005 | $ 33,855 | $ 25,109 |
| 757_0905 | SEALING LOT/BATHROOM | 9/1/2005 | $ 20,320 | $ 15,070 |
| 759_1005 | TEMP CONTROLS | 10/1/2005 | $ 3,360 | $ 2,492 |
| 752_1105 | PARKING LOT EXPANSIO | 11/1/2005 | $ 7,275 | $ 5,396 |
| 757_1105 | FLOORING | 11/1/2005 | $ 5,028 | $ 3,729 |
| 752_1205 | DESIGN AND LIGHTING | 12/1/2005 | $ 14,280 | $ 10,591 |
| 759_1205 | DESIGN AND ROOF REPA | 12/1/2005 | $ 35,375 | $ 26,237 |
| 752_0106 | LIGHT FIXTURE INSTAL | 1/1/2006 | $ 17,674 | $ 13,108 |
| 752_0206 | PROFESSIONAL SERVICE | 2/1/2006 | $ 15,613 | $ 11,580 |
| 759_0206 | DESIGN AND REPAIRS | 2/1/2006 | $ 41,326 | $ 30,650 |
| 752_0306 | WORK FOR BULLITT ADD | 3/1/2006 | $ 12,154 | $ 9,014 |
| 754_0406 | SECURITY CAMERAS | 4/1/2006 | $ 4,601 | $ 3,412 |
| 755_0406 | CAMERA INSTALLATION | 4/1/2006 | $ 7,864 | $ 5,833 |
| 759_0406 | 2650 W BROADWAY RENO | 4/1/2006 | $ 9,067 | $ 6,725 |
| 752_0606 | A/C UNIT AND RESURFA | 6/1/2006 | $ 6,370 | $ 4,725 |
| 755_0606 | CARPET | 6/1/2006 | $ 10,550 | $ 7,825 |
| 757_0606 | CARPETING | 6/1/2006 | $ 19,125 | $ 14,184 |
| 758_0606 | A/C UNIT IN SERVER R | 6/1/2006 | $ 6,295 | $ 4,669 |
| 759_0606 | HVAC SYSTEM | 6/1/2006 | $ 6,264 | $ 4,646 |
| 754_0806 | BACKFLOW PREVENTER I | 8/1/2006 | $ 4,649 | $ 3,448 |

## SCHEDULE F
## SEVEN COUNTIES SERVICES, INC.
## Leasehold Improvements at 4-5-2013

| | | | | | | |
|---|---|---|---|---|---|---|
| 755_0806 | RESTROOM RENOVATION | 8/1/2006 | $ | 18,431 | $ | 13,670 |
| 754_0906 | BOILER REPAIR/UPGRAD | 9/1/2006 | $ | 27,117 | $ | 20,112 |
| 757_0906 | SHELVING | 9/1/2006 | $ | 10,190 | $ | 7,557 |
| 754_1106 | FLOORS AND AUTO DOOR | 11/1/2006 | $ | 13,485 | $ | 10,001 |
| 752_1206 | MISC BLDG IMPROVEMEN | 12/1/2006 | $ | 9,290 | $ | 6,890 |
| 754_1206 | WATER PUMP | 12/1/2006 | $ | 18,790 | $ | 13,936 |
| 752_0107 | BUIDING IMPROVEMENT | 1/1/2007 | $ | 39,835 | $ | 29,544 |
| 754_0107 | BUILDING IMPROVEMENT | 1/1/2007 | $ | 5,250 | $ | 3,894 |
| 759_0307 | PHASE II RENOVATION | 3/1/2007 | $ | 5,179 | $ | 3,841 |
| 752_0607 | ROOF REPAIR | 6/1/2007 | $ | 8,963 | $ | 6,648 |
| 754_0607 | SIDEWALKS & CONCRETE | 6/1/2007 | $ | 32,593 | $ | 24,173 |
| 755_0607 | ROOF REPAIR AND HVAC | 6/1/2007 | $ | 13,513 | $ | 10,022 |
| 759_0607 | PHASE 2 BLDG RENOVAT | 6/1/2007 | $ | 104,185 | $ | 77,270 |
| 751_0807 | CONCRETE PAVING AND | 8/1/2007 | $ | 20,684 | $ | 15,340 |
| 755_0807 | CARPETING | 8/1/2007 | $ | 7,222 | $ | 5,357 |
| 757_0807 | FLOOR REPAIR AND CAR | 8/1/2007 | $ | 18,932 | $ | 14,041 |
| 757_1107 | CARPET | 11/1/2007 | $ | 31,200 | $ | 23,140 |
| 751_0608 | RESTROOMS RENOVATION | 6/1/2008 | $ | 22,928 | $ | 17,005 |
| 757_1108 | SHELVING FOR MEDICAL | 11/1/2008 | $ | 18,960 | $ | 14,062 |
| 757_0109 | CARPETING | 1/1/2009 | $ | 5,496 | $ | 4,076 |
| 749_0209 | SECURITY CAMERAS | 2/1/2009 | $ | 8,728 | $ | 6,473 |
| 749_0309 | BUILDING IMPROVEMENT | 3/1/2009 | $ | 7,476 | $ | 5,545 |
| 754_0309 | CERAMIC FLOORING AT | 3/1/2009 | $ | 24,282 | $ | 18,009 |
| 754_0509 | LIGHTING | 5/1/2009 | $ | 14,127 | $ | 10,477 |
| 755_0509 | LIGHTING | 5/1/2009 | $ | 9,439 | $ | 7,001 |
| 754_0709 | CEILING AND LIGHTING | 7/1/2009 | $ | 5,529 | $ | 4,101 |
| 757_0809 | SURGE PROTECTORS 371 | 8/1/2009 | $ | 7,044 | $ | 5,224 |
| 751_0909 | SHELVING & UPGRADES | 9/1/2009 | $ | 34,107 | $ | 25,296 |
| 751_0210 | LIGHTING - 2105 CRUM | 2/1/2010 | $ | 8,800 | $ | 6,527 |
| 756_0310 | GENERATOR FOR TCKER | 3/1/2010 | $ | 44,095 | $ | 32,704 |
| 757_0310 | FACILITY LIGHTING | 3/1/2010 | $ | 14,080 | $ | 10,443 |
| 759_0310 | FACILITY LIGHTING | 3/1/2010 | $ | 5,845 | $ | 4,335 |
| 757_0510 | MEDICAL RECORDS SYST | 5/1/2010 | $ | 11,254 | $ | 8,347 |
| 751_0610 | REMODELED ENTRANCE 2 | 6/1/2010 | $ | 15,660 | $ | 11,615 |
| 755_0810 | AIR CONDITIONING INS | 8/1/2010 | $ | 5,450 | $ | 4,042 |
| 759_0111 | LOBBY RENOVATION | 1/1/2011 | $ | 24,210 | $ | 20,377 |
| 757_0111 | SHELVING PREP & INST | 1/1/2011 | $ | 15,831 | $ | 11,742 |
| 755_0211 | HEIL CONDENSING UNIT | 2/1/2011 | $ | 5,478 | $ | 4,063 |
| 751_1011 | 7 1/2 TON GAS PACK R | 10/1/2011 | $ | 9,673 | $ | 7,174 |
| 755_1011 | 5TON CONDENSING UNIT | 10/1/2011 | $ | 5,873 | $ | 4,356 |
| GENERAT2 | 1-KOHLER GENERATOR | 2/1/2012 | $ | 133,046 | $ | 115,861 |
| GENERAT3 | GENERATOR | 3/1/2012 | $ | 2,635 | $ | 2,295 |
| 755_0512 | BRYANT 5TON ROOF TOP | 5/1/2012 | $ | 5,050 | $ | 3,746 |
| 754_0612 | CARPET INSTALLATION | 6/1/2012 | $ | 11,074 | $ | 8,213 |

## SCHEDULE F
## SEVEN COUNTIES SERVICES, INC.
## Leasehold Improvements at 4-5-2013

| 755_1112 | 1st FLOOR RENOVATION | 11/1/2012 $ | 236,028 $ | 182,922 |
|----------|---------------------|-------------|-----------|---------|
| BLDG755B | BLDG IMPROV-325 W BR | 12/6/2012 $ | 6,284 $ | 5,506 |
| BLDG749 | CARPET TILES & INSTA | 12/10/2012 $ | 6,195 $ | 3,894 |
| | | | $ | 1,202,573 |

B6D (Official Form 6D) (12/07)

In re  **Seven Counties Services, Inc.** _____ ,    Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx-x0034**<br><br>**Fifth Third Bank**<br>**401 S. Fourth St.**<br>**Louisville, KY 40202** | - | | 12/1/2005<br><br>**Mortgage and Assignment of Leases and Rents**<br><br>**130 S. Joe B. Hall Avenue**<br>**Shepherdsville, KY 40165** | | | | | |
| | | | Value $            1,440,484.00 | | | | 720,000.00 | 0.00 |
| Account No.<br><br>**Fifth Third Bank**<br>**401 S. Fourth St.**<br>**Louisville, KY 40202** | - | | **Mortgage**<br><br>**2131-2141 Spencer Court**<br>**LaGrange, KY 40031** | | | | | |
| | | | Value $            1,454,261.00 | | | | 1,192,000.00 | 0.00 |
| Account No.<br><br>**Fifth Third Bank**<br>**401 S. Fourth St.**<br>**Louisville, KY 40202** | - | | **Mortgage**<br><br>**2210 Tucker Station Road**<br>**Louisville, KY 40299** | | | | | |
| | | | Value $              783,620.00 | | | | 520,000.00 | 0.00 |
| Account No.<br><br>**Fifth Third Bank**<br>**401 S. Fourth St.**<br>**Louisville, KY 40202** | - | | **Mortgage and Fixture Financing Statement**<br><br>**Principal Office**<br>**101 W. Muhammad Ali Blvd.**<br>**Louisville, KY 40202** | | | | | |
| | | | Value $            3,893,658.00 | | | | 1,280,000.00 | 0.00 |

_1_ ____ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 3,712,000.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Seven Counties Services, Inc.** , Case No. _____
_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Fifth Third Bank 401 S 4th Ave Louisville, KY 40202** | | - | **250 Alpine Drive Shelbyville, KY 40065** <br><br> Value $ 1,348,581.00 | | | | 560,000.00 | 0.00 |
| Account No. <br><br>**Fifth Third Bank 401 S 4th Ave Louisville, KY 40202** | | - | **2225 W. Broadway Louisville, KY 40211** <br><br> Value $ 1,380,652.00 | | | | 872,000.00 | 0.00 |
| Account No. <br><br>**Fifth Third Bank 38 Fountain Square Plz Attn: International Dept Cincinnati, OH 45202** | | - | **FOR NOTICING ONLY** <br><br> Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**The Bank of New York Mellon Trust Co Corporate Trust Department 6525 West Campus Oval Ste 200 New Albany, OH 43054** | | - | **Mortgage and Assignment of Rents and Leases** <br><br>**Principal Office 101 W. Muhammad Ali Blvd. Louisville, KY 40202** <br> Value $ 3,893,658.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**The Bank of New York Mellon Trust Co NA 614 West Main St., Ste. 2600 Attn: Global Corp Trust - Public Finance Louisville, KY 40202** | | - | **FOR NOTICING ONLY** <br><br> Value $ 0.00 | | | | 0.00 | 0.00 |
| Sheet 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 1,432,000.00 | 0.00 |
| | | | Total (Report on Summary of Schedules) | | | | 5,144,000.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **Seven Counties Services, Inc.**                                                ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Seven Counties Services, Inc.**                                    ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A.J. Passaflume Sons, Inc.** <br> **4443 Poplar Level Road** <br> **Louisville, KY 40213** | | - | | | | | 3,564.40 |
| Account No. <br><br> **Accountemps** <br> **12400 Collections Center Drive** <br> **Chicago, IL 60693** | | | | | | | 3,011.05 |
| Account No. <br><br> **Advance Dental Center, Inc.** <br> **8517 Preston Highway** <br> **Louisville, KY 40219** | | - | | | | | 411.00 |
| Account No. <br><br> **AFY Interpreting, Inc.** <br> **Attn: Amber Fox-Young** <br> **1046 Ardmore Drive** <br> **Louisville, KY 40217** | | - | | | | | 299.20 |
| __18__  continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 7,285.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.** ,                          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Air Quality Systems Inc.** P.O. Box 17335 Louisville, KY 40217 | - | | | | | | 34.20 |
| Account No. | | | | | | | |
| **Al Jenson Distributor** 711 Peytona Beach Rd. Waddy, KY 40076 | - | | | | | | 5,762.54 |
| Account No. | | | | | | | |
| **Alliance Comfort Systems** P.O. Box 58860 Louisville, KY 40268-8860 | - | | | | | | 4,289.04 |
| Account No. | | | | | | | |
| **Alternative Electrical** P.O. Box 58479 Louisville, KY 40268-0479 | - | | | | | | 36.00 |
| Account No. | | | | | | | |
| **Anthem Blue Cross & Blue Shield** Central Region - CCOA Lockbox P.O. Box 73651 Cleveland, OH 44193-1177 | - | | | | | | 218.14 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,339.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Counties Services, Inc.**                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | | | | | |
| AT&T P.O. Box 105262 Atlanta, GA 30348-5503 | | - | | | | | | | | 265.35 |
| Account No. | | | | | | | | | | |
| Baptist Medical Associates P.O. Box 950187 Louisville, KY 40295-0187 | | - | | | | | | | | 140.40 |
| Account No. | | | | | | | | | | |
| Bee Line Courier Service P.O. Box 32186 Louisville, KY 40232-2186 | | - | | | | | | | | 918.50 |
| Account No. | | | | | | | | | | |
| C & H Security Inc. dba Home Security Specialists 6002 Hamburg Pike Jeffersonville, IN 47130 | | - | | | | | | | | 1,594.33 |
| Account No. | | | | | | | | | | |
| Casey Tinsley-White 2306 Deveron Drive Louisville, KY 40216 | | - | | | | | | | | 700.00 |

Sheet no. __2___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           3,618.58

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Counties Services, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Centralized Application Processing Service 101 W. Chestnut Street Louisville, KY 40202 | - | | | | | | 125.00 |
| Account No. | | | | | | | |
| Cerebral Palsy Kids Center 982 Eastern Parkway Louisville, KY 40217-1566 | - | | | | | | 1,126.61 |
| Account No. | | | | | | | |
| Cintas P.O. Box 630921 #302 Cincinnati, OH 45263-0921 | - | | | | | | 229.95 |
| Account No. | | | | | | | |
| Companion Life Insurance Co. P.O. Box 100102 Columbia, SC 29202 | - | | | | | | 22,956.61 |
| Account No. | | | | | | | |
| Crisis Prevention Institute 10850 West Park Place Suite 600 Milwaukee, WI 53224 | - | | | | | | 150.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,588.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Counties Services, Inc.**                                      ,        Case No. _____
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **D&R Pharmacare Omnicare Inc. P.O. Box 715268 Columbus, OH 43271-5268** | - | | | | | | 3,793.90 |
| Account No. | | | | | | | |
| **Dalmatian Fire 1651 Watterson Trail Louisville, KY 40299** | - | | | | | | 960.00 |
| Account No. | | | | | | | |
| **Dean Foods Company P.O. Box 932970 Atlanta, GA 31193-2970** | - | | | | | | 113.36 |
| Account No. | | | | | | | |
| **Dean Milk Co. Louisville P.O. Box 932970 Atlanta, GA 31193-2970** | - | | | | | | 293.10 |
| Account No. | | | | | | | |
| **Downtown Ford 809 S. Fifth Street Louisville, KY 40203** | - | | | | | | 248.60 |

Sheet no. __4___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    5,408.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                                    ,        Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Duplicator Sales and Service** 831 East Broadway Louisville, KY 40204 | | | | | | | 932.88 |
| Account No. | | - | | | | | |
| **Electronic Security Systems, Inc.** 6516 Rod and Reel Court Louisville, KY 40229 | | | | | | | 550.38 |
| Account No. | | - | | | | | |
| **Erica Mitchell** c/o Kurt A. Scharfenberger, Esq. 239 S 5th St., #1600 Louisville, KY 40202 | | | | X | X | X | Unknown |
| Account No. | | - | | | | | |
| **Essential Learning, LLC** Dept. CH 16894 Palatine, IL 60055-6894 | | | | | | | 30.00 |
| Account No. | | - | | | | | |
| **Fifth Third Bank** 401 S. 4th Street Louisville, KY 40202 | | | | | | | 96,289.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **97,802.26**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Counties Services, Inc.**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | FOR NOTICING ONLY | | | | |
| **Fifth Third Securities Inc** **38 Fountain Square Plaza, 10th Floor** **Attn: Municipal Trading** **Cincinnati, OH 45263** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **FP Mailing Solutions** **P.O. Box 4510** **Carol Stream, IL 60197-4510** | - | | | | | | 72.00 |
| Account No. | | | | | | | |
| **Granny Nannies** **3703 Taylorsville Road** **Louisville, KY 40220** | - | | | | | | 774.62 |
| Account No. | | | | | | | |
| **Griffin Transcription** **6410 Oaklea Drive** **Crestwood, KY 40014** | - | | | | | | 1,045.95 |
| Account No. | | | | | | | |
| **Guardian** **P.O. Box 677458** **Dallas, TX 75267-7458** | - | | | | | | 54,693.36 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            56,585.93

B6F (Official Form 6F) (12/07) - Cont.

In re  **Seven Counties Services, Inc.**                                          ,  Case No. _____
                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Home Instead Senior Care 4610 Taylorsville Road Louisville, KY 40220 | - | | | | | | | 430.25 |
| Account No. | | | | | | | | |
| Hon Company P.O. Box 404422 Atlanta, GA 30384-4422 | - | | | | | | | 278.50 |
| Account No. | | | | | | | | |
| Jewish Hospital St. Mary's Healthcare, Inc. P.O. Box 950135 Louisville, KY 40295-0135 | - | | | | | | | 2,091.04 |
| Account No. | | | | | | | | |
| KC's Therapeutic Massage 10005 Clearcreek Way Louisville, KY 40223 | - | | | | | | | 165.00 |
| Account No. | | | | | | | | |
| Kentucky Housing Corporation P.O. Box 4809 Frankfort, KY 40604 | - | | | | | | | 1,085.72 |

Sheet no. __7__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,050.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.** ,                                    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Kentucky Retirement Systems William W. Thielen, Executive Director Parimeter Park West 1260 Louisville Road Frankfort, KY 40601 | - | | | | | X | 227,000,000.00 |
| Account No. | | | FOR NOTICING ONLY | | | | |
| Kentucky Retirement Systems c/o Robert Kellerman & Sarah Bishop Stoll Kennon Ogden, PLLC 201 West Main St., Ste A., POB 5130 Frankfort, KY 40602 | - | | | | | | 0.00 |
| Account No. | | | FOR NOTICING ONLY | | | | |
| Kentucky Retirement Systems Board of Trustees Thomas K. Elliott, Chair 1260 Louisville Rd. Frankfort, KY 40601 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Kentucky State Treasurer P.O. Box 491 Levy Section Frankfort, KY 40602 | - | | | | | | 28,542.20 |
| Account No. | | | | | | | |
| Keystone Services dba Kentuckiana Nursing Services 5001 Crown Manor Place, Ste. 200 Louisville, KY 40218 | - | | | | | | 1,012.50 |

Sheet no. __8__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

227,029,554.70

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                              ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Klosterman Baking Co. P.O. Box 712572 Cincinnati, OH 45271-2572 | - | | | | | | 7,960.05 |
| Account No. | | | | | | | |
| Level 3 Communications LLC P.O. Box 931843 Atlanta, GA 31193-1843 | - | | | | | | 4,253.51 |
| Account No. | | | | | | | |
| Louisville Fire & Safety 10908 Deering Road Louisville, KY 40272 | - | | | | | | 135.50 |
| Account No. | | | | | | | |
| Louisville Metro Housing Authority 420 S 8th St Louisville, KY 40203 | - | | | | | | 734.10 |
| Account No. | | | FOR NOTICING ONLY | | | | |
| Louisville/Jefferson County Metro Gov 444 S. 5th St., Ste. 600 Louisville, KY 40202 | - | | | | | | 0.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                13,083.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mattingly Foods of Louisville 2055 Nelson Miller Parkway Louisville, KY 40223 | - | | | | | | 27,055.96 |
| Account No. | | | | | | | |
| MD2U Management, LLC P.O. Box 7219 Louisville, KY 40257-0219 | - | | | | | | 250.00 |
| Account No. | | | | | | | |
| Mercer P.O. Box 13793 Newark, NJ 07188-0793 | - | | | | | | 21,641.00 |
| Account No. | | | | | | | |
| Monitor 24-7 Inc. 335 Renfrew  Dr. Suite 301 MARKHAM ONT CANADA  L3R 9S9 | - | | | | | | 4,238.94 |
| Account No. | | | | | | | |
| National Council for Comm. Behavioral Healthcare 1701 K Street NE, Ste. 400 Washington, DC 20006-1526 | - | | | | | | 852.42 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **54,038.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                                      ,        Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| National Geographic Kids P.O. Box 62130 Tampa, FL 33662-2130 | - | | | | | | | 21.15 |
| Account No. | | | | | | | | |
| Nephrology Assoc. 6400 Dutchmans Parkway Louisville, KY 40205-3354 | - | | | | | | | 65.00 |
| Account No. | | | | | | | | |
| Office Team 12400 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 1,825.17 |
| Account No. | | | | | | | | |
| Paul's Fruit Market 3704 Taylorsville Road Louisville, KY 40243 | - | | | | | | | 35.94 |
| Account No. | | | | | | | | |
| Payment Resolutions Services P.O. Box 291269 Nashville, TN 37229-1269 | - | | | | | | | 600.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of                                    Subtotal                     | 2,547.26 |
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                                    ,        Case No. _____
                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Prairie Farms Dairy** **P.O. Box 176** **Holland, IN 47541** | | - | | | | | 5,444.88 |
| Account No. | | | | | | | |
| **Preston Street Poultry** **941 South Preston Street** **Louisville, KY 40203** | | - | | | | | 134.48 |
| Account No. | | | | | | | |
| **Prosys Information Systems** **P.O. Box 536761** **Atlanta, GA 30353-6761** | | - | | | | | 4,995.00 |
| Account No. | | | | | | | |
| **QOL Meds** **P.O. Box 6074** **Hermitage, PA 16148** | | - | | | | | 297.11 |
| Account No. | | | | | | | |
| **Randstad** **P.O. Box 2084** **Carol Stream, IL 60132-2084** | | - | | | | | 549.25 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,420.72

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                                          ,          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Right At Home** 221 Executive Park Louisville, KY 40207 | - | | | | | | 514.25 |
| Account No. **Riverside Parking** 927 W. Main Street Louisville, KY 40202 | - | | | | | | 365.00 |
| Account No. **Robert Half Management Resources** 12400 Collections Center Drive Chicago, IL 60693 | - | | | | | | 13,950.47 |
| Account No. **Russell  H. Williams** c/o Donald L. Cox, Esq. 500 W. Jefferson St Louisville, KY 40202 | - | | | X | X | X | Unknown |
| Account No. **Salt River Electric Cooperative Corp.** P.O. Box 609 Bardstown, KY 40004 | - | | | | | | 142.47 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              14,972.19

B6F (Official Form 6F) (12/07) - Cont.

In re    **Seven Counties Services, Inc.**    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4025** <br><br> **Sams Club** <br> **POB 530930** <br> **Atlanta, GA 30353-0930** | - | | | | | | | 2,108.00 |
| Account No. <br><br> **Schizophrenia Foundation** <br> **P.O. Box 1927** <br> **Louisville, KY 40201** | - | | | | | | | 11,278.00 |
| Account No. <br><br> **Schulz's Florist** <br> **947 Eastern Parkway** <br> **Louisville, KY 40217** | - | | | | | | | 65.50 |
| Account No. <br><br> **Shawnee Healthcare Center** <br> **Attn: Monica Lapradd** <br> **234 Amy Avenue** <br> **Louisville, KY 40212** | - | | | | | | | 50.00 |
| Account No. <br><br> **Shelbyville Municipal Water & Sewer** <br> **P.O. Box 608** <br> **Shelbyville, KY 40066** | - | | | | | | | 97.80 |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 13,599.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Seven Counties Services, Inc.**                                   ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sherry Michals** c/o Bryan M. Cassis, Esq. 3000 National City Tower Louisville, KY 40202 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **South Central Printing** P.O. Box 339 Columbia, KY 42728 | - | | | | | | 30,131.33 |
| Account No. | | | | | | | |
| **Square One, LLC** 6440 Dutchmans Parkway Louisville, KY 40205 | - | | | | | | 682.50 |
| Account No. | | | | | | | |
| **Stanley Schultze & Co., Inc.** 849 South Sixth Street Louisville, KY 40203 | - | | | | | | 27,664.39 |
| Account No. | | | | | | | |
| **Staples** Det. P.O. Box 83689 Chicago, IL 60696-3689 | - | | | | | | 27,205.46 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                85,683.68

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.** ,   Case No. _____
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Stephens Behavior Consulting** **510 Washington Street** **Shelbyville, KY 40065** | - | | | | | | **1,571.89** |
| Account No. | | | | | | | |
| **Sure Fit Dentures** **4115 Dixie Highway** **Louisville, KY 40216** | - | | | | | | **350.00** |
| Account No. | | | | | | | |
| **Sysco/Louisville** **P.O. Box 32470** **Louisville, KY 40232-2470** | - | | | | | | **3,969.41** |
| Account No. | | | | | | | |
| **T-Mobile** **P.O. Box 742596** **Cincinnati, OH 45274-2596** | - | | | | | | **120.27** |
| Account No. | | | | | | | |
| **Tarc** **1000 West Broadway** **Louisville, KY 40202** | - | | | | | | **2,050.00** |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **8,061.57**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Seven Counties Services, Inc.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ted J. Lechner, II dba Healthcare Dynamics 11205 Finchley Road Louisville, KY 40243 | - | | | | | | | 1,275.00 |
| Account No. | | | | | | | | |
| The Lang Company 540 South 13th Street Louisville, KY 40203-1796 | - | | | | | | | 41.16 |
| Account No. | | | | | | | | |
| Training Evolution Inc. 9410 Ensley Lane Leawood, KS 66206 | - | | | | | | | 2,800.00 |
| Account No. | | | | | | | | |
| Trilogy Health Services 303 N. Hurstbourne Pkwy., #200 Louisville, KY 40222 | - | | | | | | | 387.21 |
| Account No. | | | | | | | | |
| University Psychiatric Services P.O. Box 3367 Louisville, KY 40201 | - | | | | | | | 181.96 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,685.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Seven Counties Services, Inc.** ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Valley High School** **10200 Dixie Highway** **Louisville, KY 40272** | - | | | | | | 90.00 |
| Account No. | | | | | | | |
| **Volunteers of America, Inc.** **933 Goss Avenue** **Louisville, KY 40217** | - | | | | | | 4,371.17 |
| Account No. | | | | | | | |
| **Waste Management of Kentucky** **P.O. Box 9001797** **Louisville, KY 40290-1797** | - | | | | | | 98.70 |
| Account No. | | | | | | | |
| **YP** **P.O. Box 105024** **Atlanta, GA 30348-5024** | - | | | | | | 78.00 |
| Account No. | | | | | | | |
| **Zirmed, Inc.** **1311 Solutions Center** **Chicago, IL 60677-1311** | - | | | | | | 2,916.08 |

Sheet no. __18__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **7,553.95**

Total
(Report on Summary of Schedules)   **227,454,880.16**

B6G (Official Form 6G) (12/07)

In re    **Seven Counties Services, Inc.**                                        ,                Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **4710 Champion Trace, LLC**<br>**P.O. Box 991064**<br>**Louisville, KY 40269** | **Lease agreement - CenterOne & Housing**<br>**4710 Champions Trace, Stes. 102 & 104,**<br>**Louisville, KY 40218** |
| **4710 Champion Trace, LLC**<br>**P.O. Box 991064**<br>**Louisville, KY 40269** | **Lease agreement - School Based/BTU**<br>**4710 Champions Trace, Ste. 107, Louisville, KY**<br>**40218** |
| **ABM Janitorial Services**<br>**9823 Bluegrass Pkwy**<br>**Louisville, KY 40299** | **Cleaning services - various locations** |
| **Abundant Solutions, LLC**<br>**2212 Outer Circle Drive**<br>**Crestwood, KY 40014** | **Occupational Therapy** |
| **Aetna**<br>**P.O. Box 5, Mail Stop U23N**<br>**Blue Bell, PA 19422-9534** | **Various substance abuse services** |
| **Afia**<br>**404 Pauline Blvd.**<br>**Ann Arbor, MI 48103** | **Project management for software system**<br>**implementation** |
| **Amber Fox-Young**<br>**1046 Ardmore Drive**<br>**Louisville, KY 40213** | **Sign Language Interpreting** |
| **Anthem**<br>**13550 Triton Park Blvd.**<br>**Louisville, KY 40223** | **Insurance contract** |
| **Anthem Health Plans of KY**<br>**13550 Triton Park Blvd.**<br>**Louisville, KY 40223** | **JADAC hospital agreement** |
| **AOP Partnership, LLP**<br>**200 High Rise Drive, Ste. 148**<br>**Louisville, KY 40213** | **Lease agreement - KY Impact/Preservation**<br>**200 High Rise Dr., Ste. 330 & 373, Louisville, KY**<br>**40213** |
| **Applied Behavioral Advancements, LLC**<br>**196 Observation Point Drive**<br>**Somerset, KY 42503** | **Behavioral Analysis and Therapy** |
| **Aqua Treat**<br>**P.O. Box 9595**<br>**Bowling Green, KY 42012** | **Water conditioning - corporate office** |

**18**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

In re    **Seven Counties Services, Inc.**                                        ,    Case No. _____
                                                    **Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T**<br>**9100 Shelbyville Rd., Ste. 300**<br>**Louisville, KY 40222** | **Regular telephone service** |
| **Beacon Health Strategies**<br>**500 Unicorn Park Drive, Ste. 401**<br>**Woburn, MA 01801** | **MCO contract**<br>**Humana/CareSource** |
| **Birch**<br>**3060 Peachtree Rd. NW, Ste. 1065**<br>**Atlanta, GA 30305** | **Telephone service** |
| **Blackbaud (Etapestry)**<br>**2000 Daniel Island Drive**<br>**Charleston, SC 29492** | **Fund development software** |
| **Blue Ocean Properties, LLC**<br>**1455 South 7th Street**<br>**Louisville, KY 40208** | **Lease agreement - storage facility**<br>**817-1/2 S. Floyd St., Louisville, KY 40201** |
| **Boice**<br>**700 Pearl Street**<br>**New Albany, IN 47150** | **Global enterprise management service - remote monitoring and management** |
| **Bridgehaven, Inc.**<br>**950 S. First Street**<br>**Louisville, KY 40203** | **Personal Contract:  Medical Director for Bridgehaven** |
| **Bridgehaven, Inc.**<br>**950 S. First Street**<br>**Louisville, KY 40203** | **After Hours Call Service** |
| **BrightStar of Louisville**<br>**400 Blankenbaker Pkwy., Ste. 301**<br>**Louisville, KY 40243** | **Community Living Supports Michelle P. Waiver CDO recipients** |
| **Brown Noltemeyer Co**<br>**122 N Peterson Ave**<br>**Louisville, KY 40206** | **Lease agreement - Bon Air Networks**<br>**2817 Del Rio Pl. -- P-3, Louisville, KY 40220** |
| **Bullitt County Board of Education**<br>**1040 Kentucky 44**<br>**Shepherdsville, KY 40165** | **Contract:  School Services** |
| **Bullitt County Health Department**<br>**181 Lees Valley Road**<br>**Shepherdsville, KY 40165** | **Technical assistance and consultation on prevention initiatives for Drug Free Communities Grant** |
| **Cabinet for Health & Family Services Medicaid Services**<br>**275 E. Main Street 6W-A**<br>**Frankfort, KY 40621** | **Michelle P. Waiver state contract** |

Sheet ___**1**___ of ___**18**___  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.**                                      ,    Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cabinet for Health & Family Services**<br>**Dept. for Aging and Independent**<br>**275 E. Main Street 3E-E**<br>**Frankfort, KY 40621** | **CMHC MOU for CDO program** |
| **Cabinet for Health Services**<br>**275 E. Main Street 5W-A**<br>**Frankfort, KY 40621** | **Central State agreement** |
| **Casey Tinsley-White**<br>**2306 Deveron Drive**<br>**Louisville, KY 40216** | **Sign Language Interpreting** |
| **Catholic Charities**<br>**2911 S. Fourth Street**<br>**Louisville, KY 40208** | **Translation services** |
| **Catholic Charities - KOR**<br>**2222 W. Market Street**<br>**Louisville, KY 40212** | **Therapy, Psycho-education, Outreach, Community Forums - Cuban-Haitian Grant** |
| **Catholic Charities - KOR**<br>**2222 W. Market Street**<br>**Louisville, KY 40212** | **Therapy, Psycho-education, Outreach, Community Forums - School Refugee Services Grant** |
| **Caunier Thompson**<br>**3217 Bridwell Drive**<br>**Louisville, KY 40216** | **Crisis Respite, Post Crisis Respite, Emergency Respite** |
| **Cenpatico Behavioral Health**<br>**504 Lavaca, Suite 850**<br>**Austin, TX 78701** | **Insurance contract** |
| **CenterSite**<br>**P.O. Box 20709**<br>**Columbus, OH 43220** | **Hosting cloud service** |
| **Cigna Behavioral Health**<br>**11095 Viking Drive, Ste. 350**<br>**Eden Prairie, MN 55344** | **Various substance abuse services - JADAC** |
| **Cintas**<br>**3916 Oak Lawn Dr**<br>**Louisville, KY 40219** | **Service Contract** |
| **Cintas Corporation #2 Loc #9**<br>**P.O. Box 625737**<br>**Cincinnati, OH 45262** | **Shredding services agreement**<br>**Various locations** |
| **Cisco**<br>**3979 Freedom Cir.**<br>**Santa Clara, CA 95054** | **Webex conference sessions** |

Sheet   __2__   of   __18__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Seven Counties Services, Inc.**      ,      Case No. _____

                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Com Psych**<br>**NBC Tower**<br>**455 N. Cityfront Plaza Dr., 13th Fl.**<br>**Chicago, IL 60611** | **Various inpatient and outpatient services - JADAC** |
| **Commonwealth Business Center-VOM, LLC**<br>**13125 Eastpoint Park Blvd Ste 102**<br>**Louisville, KY 40223** | **Lease** |
| **Commonwealth Business Ctr. - VOM**<br>**c/o Horizon Commercial Realty**<br>**13307 Magisterial Dr.**<br>**Louisville, KY 40223** | **Lease agreement - IT building**<br>**11001 Bluegrass Ave., Louisville, KY 40229** |
| **Community Medical Associates, Inc.**<br>**224 E. Broadway**<br>**Louisville, KY 40202** | **Linkage agreement** |
| **Compassionate Friends**<br>**P.O. Box 3696**<br>**Hinsdale, IL 60522** | **After Hours Call Service** |
| **CorpHealth, Inc.**<br>**1300 Summit Avenue, Ste. 820**<br>**Fort Worth, TX 76102** | **Credentialing** |
| **Corvis Janitorial**<br>**11900 Plantside Drive**<br>**Louisville, KY 40299** | **Cleaning services - 2817 Del Rio Pl.** |
| **Corvus Janitorial**<br>**11900 Plantside Drive**<br>**Louisville, KY 40299** | **Cleaning services - 4710 Champions Tr.,Ste. 102** |
| **Corvus Janitorial**<br>**11900 Plantside Drive**<br>**Louisville, KY 40299** | **Cleaning services - 3717 Taylorsville Rd.** |
| **Corvus Janitorial**<br>**11900 Plantside Drive**<br>**Louisville, KY 40299** | **Cleaning services - 130 S. Joe B. Hall** |
| **Corvus Janitorial**<br>**11900 Plantside Drive**<br>**Louisville, KY 40299** | **Cleaning services - 4710 Champions Tr., Ste. 107** |
| **Corvus Janitorial**<br>**11900 Plantside Drive**<br>**Louisville, KY 40299** | **Cleaning services - 2225 W. Broadway** |
| **Cummins Crosspoint LLC**<br>**9820 Bluegrass Pkwy**<br>**Louisville, KY 40299** | **Generator service - various locations** |

Sheet  **3**  of  **18**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Seven Counties Services, Inc.**                            ,       Case No. _____

**Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **dbaDirect**<br>**7310 Turfway Rd.**<br>**Florence, KY 41042** | **Remote database administrator** |
| **Department for Behavioral Health**<br>**100 Fair Oaks Lane 4E-A**<br>**Frankfort, KY 40621** | **Central State Hospital - state contract** |
| **Department for Behavioral Health**<br>**100 Fair Oaks Lane 4E-A**<br>**Frankfort, KY 40621** | **Center for Rehab and Recovery - state contract** |
| **Department for Behavioral Health**<br>**100 Fair Oaks Lane 4E-A**<br>**Frankfort, KY 40621** | **KCPC - state contract** |
| **Department for Behavioral Health**<br>**100 Fair Oaks Lane 4E-A**<br>**Frankfort, KY 40621** | **Bingham Gardens - state contract** |
| **Department for Medicaid Services**<br>**275 East Main Street**<br>**Frankfort, KY 40621** | **Michelle P. Waiver - state contract** |
| **Department for Public Health**<br>**275 E. Main Street, HS1W-C**<br>**Frankfort, KY 40621** | **First Steps program - state contract** |
| **Department of Health & Human Services**<br>**OFR, SAMHSA**<br>**1 Choke Cherry Rd., Rm. 7-1091**<br>**Rockville, MD 20857** | **STOP Act Grant** |
| **Division of Administration**<br>**275 E. Main Street 3W-B**<br>**Frankfort, KY 40621** | **Community Collaboration for Children - state contract** |
| **Division of Administration**<br>**100 Fair Oaks Lane 4E-A**<br>**Frankfort, KY 40621** | **Overall behavioral health contract - state contract** |
| **Division of Administration**<br>**275 E. Main Street 3W-B**<br>**Frankfort, KY 40621** | **JADAC agreement - state contract** |
| **Division of Administration**<br>**275 E. Main Street 3W-B**<br>**Frankfort, KY 40621** | **Acute Child Crisis Assessment - state contract** |
| **Division of Administration**<br>**275 E. Main Street 3W-B**<br>**Frankfort, KY 40621** | **Family Preservation Program - state contract** |

Sheet __4__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Dixie Post 220, American Legion**<br>**2107 Crums Lane**<br>**Louisville, KY 40216** | **Unexpired Lease of Nonresidential Real Property**<br>**Lease of thirty (30) parking spaces; Debtor is lessee** |
| **DMA Div. of KCCRB**<br>**111 St. James Ct., Ste. B**<br>**Frankfort, KY 40601** | **Crisis response - state contract** |
| **Domino Partners**<br>**427 East Market**<br>**Louisville, KY 40202** | **Lease agreement - Pyramid House**<br>**1425 Bluegrass Ave., Louisville, KY 40215** |
| **Don B. Kupper R. Ph., MBA**<br>**6600 Clore Lake Rd.**<br>**Crestwood, KY 40014** | **Personal Service Contract - Pharmacy Consultant** |
| **Dreams With Wings**<br>**1579 Bardstown Road**<br>**Louisville, KY 40205** | **Community Residential Services** |
| **Eastern Kentucky University**<br>**Coates CPO 20**<br>**521 Lancaster Ave.**<br>**Richmond, KY 40475** | **Community based child abuse prevention - state contract** |
| **Eastern Kentucky University**<br>**521 Lancaster Avenue**<br>**Richmond, KY 40475** | **Community Based Child Abuse Prevention** |
| **Enterprise Rent A Car Co. of Ky., LLC**<br>**3718 Bardstown Road**<br>**Louisville, KY 40218** | **Car rental** |
| **Family Health Centers**<br>**2215 Portland Avenue**<br>**Louisville, KY 40210** | **ARNP Services - Phoenix Health** |
| **Family Health Centers**<br>**2215 Portland Avenue**<br>**Louisville, KY 40210** | **ARNP Services - Portland Health Center** |
| **FBM Properties**<br>**Attn Steve Baser & Steve Fox**<br>**333 Guthrie St**<br>**Louisville, KY 40202** | **Lease** |
| **FBM Properties**<br>**333 Guthrie Green**<br>**Louisville, KY 40202** | **Lease agreement - Broadway Office Park**<br>**914 E. Broadway, Louisville, KY  40202** |

Sheet __**5**__ of __**18**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Federal Bureau of Prisons**<br>**US Dept of Justice**<br>**910 Tyus Rd**<br>**Groesbeck, TX 76642** | **Service Contract** |
| **Federal Bureau of Prisons**<br>**910 Tyus Road**<br>**Groesbeck, TX 76642** | **Transitional drug abuse treatment contract** |
| **Federal Bureau of Prisons**<br>**910 Tyus Road**<br>**Groesbeck, TX 76642** | **Drug abuse treatment** |
| **Federated Transportation Services of**<br>**the Bluegrass, Inc.**<br>**2308 Frankfort Court**<br>**Lexington, KY 40511** | **Contract bus to provide non-ambulatory/specialty carrier services** |
| **Fifth Third Bank**<br>**700  Central Ave**<br>**Louisville, KY 40208** | **Bank Card Merchant Agreement** |
| **Fifth Third Processing Solutions**<br>**8500 Governor's Hill Dr.**<br>**Mail 1GH1Y1**<br>**Cincinnati, OH 45249** | **Credit card processing machines** |
| **First Fruits**<br>**512 Creekside Drive**<br>**Shelbyville, KY 40065** | **Lease agreement - Spencer Co. site**<br>**80 Main St., Ste. 4, Taylorsville, KY 40071** |
| **Gartner**<br>**56 Top Gallant Rd.**<br>**Stamford, CT 06904** | **IT Consulting** |
| **Gateway EDI**<br>**501 N. Broadway, 3rd Floor**<br>**Saint Louis, MO 63102** | **Electronic exchange for healthcare billing** |
| **General Data**<br>**P.O. Box 541165**<br>**Cincinnati, OH 45254** | **Printing - equipment maintenance** |
| **General Data**<br>**P.O. Box 541165**<br>**Cincinnati, OH 45254** | **Printing - equipment maintenance** |
| **Gold Seal Pest Control Inc**<br>**717 E Market St**<br>**Louisville, KY 40202** | **Pest control services - various locations** |

Sheet __6__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.**                                                    Case No. _____
                                                                    ,
                                   Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Green Hill Therapy, Inc.**<br>**1410 Long Run Road**<br>**Louisville, KY 40245** | **Occupational, Physical and Speech Therapies** |
| **Griffin Transcription**<br>**6410 Oaklea Drive**<br>**Crestwood, KY 40014** | **Transcription services** |
| **Guardiacare Services, Inc.**<br>**215 W. Breckenridge Street**<br>**Louisville, KY 40203** | **After Hours Call Service** |
| **Guardian**<br>**P.O. Box 8012**<br>**Appleton, WI 54913** | **Vision plan** |
| **HMC Service Company**<br>**6909 Enterprise Drive**<br>**Louisville, KY 40214** | **Preventative maintenance for 4 Liebert units** |
| **Hogan Consulting Group**<br>**709-2 Plaza Dr., #142**<br>**Chesterton, IN 46304** | **Statement of work** |
| **Home Care for Kids, LLC**<br>**2212 Bradford Drive**<br>**Louisville, KY 40218** | **Contract:  Community Living Supports - Michelle P. Waiver CDO Recipients** |
| **Home of the Innocents**<br>**1100 E. Market Street**<br>**Louisville, KY 40206** | **Psychiatric Services** |
| **Hope Center for Growth**<br>**P.O. Box 24632**<br>**Louisville, KY 40224** | **Community Living Supports Michelle P. Waiver CDO recipients** |
| **HUD**<br>**601 W. Broadway, Ste. 110**<br>**Louisville, KY 40202** | **Supportive Housing Program Grant** |
| **Independence at Heart, LLC**<br>**13003 Larkspur Lane**<br>**Prospect, KY 40059** | **Contract:  Occupational Therapy** |
| **Indiana Probation and Parole**<br>**Indiana Judicial Center**<br>**30 S Meridian St Ste 900**<br>**Indianapolis, IN 46204** | **Service Contract** |
| **Industrial Disposal**<br>**1423 S. Jackson Street**<br>**Louisville, KY 40208** | **Waste services - various locations** |

Sheet ___7___ of ___18___ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.**                                                   ,    Case No. _____
                                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Infor/Lawson**<br>**641 Avenue of the Americas**<br>**New York, NY 10011** | **Enterprise software** |
| **Insight Communications**<br>**10168 Linn Station Rd., Ste. 220**<br>**Louisville, KY 40223** | **Cable at corporate office** |
| **Insight Communications**<br>**10168 Linn Station Rd., Ste. 220**<br>**Louisville, KY 40223** | **Cable - 2817 Del Rio Pl.** |
| **Insight Communications**<br>**10200 Linn Station Rd., Ste. 310**<br>**Louisville, KY 40223** | **Cable and broadband** |
| **Iron Mountain**<br>**4111 Champions Trace Lane**<br>**Louisville, KY 40218** | **Off-site record storage, retrieval and destruction** |
| **Janice Thompson**<br>**121 North 39th Street**<br>**Louisville, KY 40212** | **Crisis Respite, Post Crisis Respite** |
| **JCTC**<br>**109 East Broadway**<br>**Louisville, KY 40202** | **Lease agreement - CenterOne Downtown**<br>**758 South 1st St., Louisville, KY  40202** |
| **Jefferson County Board of Education**<br>**3332 Newburg Road**<br>**Louisville, KY 40218** | **Therapy Services** |
| **Kaleidoscope, Inc.**<br>**10330 Bunsen Way**<br>**Louisville, KY 40299** | **Contract:  Community Living Supports - Michelle**<br>**P. Waiver CDO Recipients** |
| **Kaleidoscope, Inc.**<br>**10330 Bunsen Way**<br>**Louisville, KY 40299** | **Behavioral Services** |
| **Karen McMillan**<br>**9115 Kentucky Avenue**<br>**Louisville, KY 40291** | **Marketing assignments** |
| **Kathy A. Melvin**<br>**dba Business Integrated Communications**<br>**3003 Callaway Drive**<br>**Jeffersonville, IN 47130** | **Consultation on marketing/community**<br>**relations/projects** |
| **Kentuckiana Kids Choice News**<br>**6661 Dixie Highway, Ste. 4**<br>**Louisville, KY 40258** | **Print Advertisement** |

Sheet __8__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

In re    **Seven Counties Services, Inc.**                                   ,          Case No. _____
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kentuckiana Nursing Service**<br>**5001 Crown Manor Pl., Ste. 200**<br>**Louisville, KY 40218** | **Crisis Respite, Post Crisis, Emergency Respite, Direct Support Professional Services** |
| **Kentucky Department of Education**<br>**Capital Tower Plaza, Floor 23**<br>**500 Mero Street**<br>**Frankfort, KY 40601** | **Contract:  Child and Adult Care Food Program** |
| **Kentucky Housing Corporation**<br>**1231 Louisville Road**<br>**Frankfort, KY 40621** | **Housing** |
| **Kentucky Probation and Parole**<br>**Kentucky Parole Board**<br>**P.O. BOx 2400**<br>**Frankfort, KY 40602-2400** | **Service Contract** |
| **Kids Center**<br>**982 Eastern Parkway**<br>**Louisville, KY 40217** | **Occupational Therapy, Physical Therapy and Speech Therapy** |
| **Krebs Speech, LLC**<br>**3602 Lexington Road**<br>**Louisville, KY 40207** | **AAC Assessment and Speech Therapy** |
| **Language Line Services, Inc.**<br>**One Lower Ragsdale Dr., Bldg. 2**<br>**Monterey, CA 93940** | **Interpreter Service for C & F** |
| **Laurus**<br>**55 W. Monroe, Ste. 500**<br>**Chicago, IL 60603** | **Outsourcing payroll agreement** |
| **Laurus Strategies**<br>**201 E. Jefferson Street**<br>**Louisville, KY 40202** | **Agreement to furnish employees** |
| **Lauryl Leksrisawat, LLC**<br>**1924 Duker Avene**<br>**Louisville, KY 40205** | **Occupational Therapy** |
| **LEO Publications**<br>**301 E. Main Street, Ste. 201**<br>**Louisville, KY 40202** | **Print Advertisements** |
| **Level 3 Communications**<br>**1025 Eldorado Blvd.**<br>**Broomfield, CO 80021** | **Internet service** |
| **Level 3 Communications**<br>**1025 Eldorado Blvd.**<br>**Broomfield, CO 80021** | **Session initiation protocol for VoIP** |

Sheet __9__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.**                                            ,    Case No. _____
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Lifespan Resources, Inc.**<br>**426 Bank Street, Ste. 100**<br>**New Albany, IN 47151** | **Connecting the caller with the best resource** |
| **Link2Health Solutions, Inc.**<br>**50 Broadway, Fl. 19**<br>**New York, NY 10004** | **Respond to Lifeline calls pertaining to Veterans** |
| **Logan's Linen LLC**<br>**P.O. Box 729**<br>**Shelbyville, KY 40066** | **Laundry - JADAC** |
| **Logisticare Solutions, LLC (LCI)**<br>**1640 Phoenix Blvd., Ste. 200**<br>**Peachtree City, GA 30269** | **Transportation for SCS Medicaid clients** |
| **Louisville Metro Community Services**<br>**810 Barrett Avenue, Ste. 382**<br>**Louisville, KY 40204** | **MOU for Shelter Plus** |
| **Louisville Metro Government**<br>**444 South 5th St., Ste. 400**<br>**Louisville, KY 40202** | **Lease agreement - JADAC**<br>**600 S. Preston St., Louisville, KY 40202** |
| **Louisville Metro Government**<br>**810 Barret Ave., Rm. 233**<br>**Louisville, KY 40204** | **24/7 Crisis response hotline** |
| **Louisville Metro Government**<br>**611 W. Jefferson Street**<br>**Louisville, KY 40202** | **Case management for Justice reinvestment program** |
| **Louisville Metro Police Department**<br>**633 W. Jefferson Street**<br>**Louisville, KY 40202** | **Marketing, promotion and assistance for Reel Action video contest** |
| **Louisville Metro Police Department**<br>**633 W. Jefferson Street**<br>**Louisville, KY 40202** | **High Visibility Enforcement Grant** |
| **Louisville Metro Public Health**<br>**611 W. Jefferson Street**<br>**Louisville, KY 40202** | **In home therapy services** |
| **Louisville Music Therapy, LLC**<br>**9605 Long Rifle Lane**<br>**Louisville, KY 40228** | **Music Therapy** |
| **Louisville/Jefferson Co. Metro Govt.**<br>**611 W. Jefferson Street**<br>**Louisville, KY 40202** | **Contract: Jefferson Co. Mental Health Court - Enhancement Services Grant** |

Sheet __**10**__ of __**18**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.**                                    ,    Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Louisville/Jefferson County Metro Gov**<br>**527 W Jefferson St**<br>**Louisville, KY 40202** | **Service Contract**<br>**Lease** |
| **Malone Healthcare Solutions**<br>**1868 Campus Place**<br>**Louisville, KY 40299** | **Service Contract** |
| **Malone Healthcare Solutions**<br>**1868 Campus Pl.**<br>**Louisville, KY 40299** | **Temporary staffing agreement** |
| **McKendree College**<br>**701 College Road**<br>**Lebanon, IL 62254** | **Learning privileges to the college for teaching clinical nursing courses to RNs in the Baccalaureate Nursing Program** |
| **Medical Staffing Network, Inc.**<br>**18W140 Butterfield Road, Ste. 500**<br>**Villa Park, IL 60181** | **Certified Nursing Assistants for Medicare Clinic Coverage** |
| **Mental Health Assoicates**<br>**9606 N. Mopac Expressway, Ste. 600**<br>**Austin, TX 78759** | **MCO contract** |
| **MetroSafe**<br>**410 South 5th Street**<br>**Louisville, KY 40202** | **Access to utilize the Web Emergency Operations Center during a disaster and 911 communication** |
| **Michele Keen**<br>**430 Landis Lane, Apt. 65**<br>**Mount Washington, KY 40047** | **Life coaching** |
| **Microsoft**<br>**Volume Licensing, Dept. 551**<br>**6100 Neil Rd., Ste. 210**<br>**Reno, NV 89511** | **Enterprise agreement - software** |
| **Microsoft**<br>**Volume Licensing, Dept. 551**<br>**6100 Neil Rd., Ste. 210**<br>**Reno, NV 89511** | **Enterprise agreement - software** |
| **Miller Consultants Inc.**<br>**1653 Beechwood Avenue**<br>**Louisville, KY 40204** | **Training for Leadership Staff** |
| **National Council for Community Behavioral Healthcare**<br>**1701 K Street NW, Ste. 400**<br>**Washington, DC 20006** | **Consultation and training for Rapid Cycle Change Team** |

Sheet __11__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Seven Counties Services, Inc.**                                    ,    Case No. _____
                                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **National Council for Community Behavioral Healthcare**<br>**1701 K Street NW, Ste. 400**<br>**Washington, DC 20006** | **Consultation and training** |
| **New West, LLC**<br>**950 Breckenridge Lane**<br>**Louisville, KY 40207** | **Development and execution of branding program** |
| **NextGen**<br>**795 Horsham Road**<br>**Horsham, PA 19044** | **Enterprise software** |
| **Noltemeyer Capital Ltd**<br>**Attn Kyle Noltemeyer**<br>**122 North Peterson Ave**<br>**Louisville, KY 40206** | **Lease** |
| **Office of Vocational Rehabilitation**<br>**275 E. Main Street**<br>**Mail Stop 2E-K**<br>**Frankfort, KY 40621** | **Supported employment** |
| **Ohio Valley Educational Cooperative**<br>**Head Start**<br>**100 Alpine Drive**<br>**Shelbyville, KY 40066** | **Classroom observations, individual observations and parent/attendance meetings** |
| **PaperlessPay Corp.**<br>**550 Water Street, 10th Floor**<br>**Suite 1020**<br>**Jacksonville, FL 32202** | **Electronic solution for pay stubs** |
| **Paroquet Springs Conference Center**<br>**395 Paroquet Springs Drive**<br>**Shepherdsville, KY 40165** | **Rental space** |
| **Pendennis Club**<br>**218 W. Muhammad Ali Blvd.**<br>**Louisville, KY 40202** | **Parking for corporate office employees** |
| **Pendennis Club Inc**<br>**Attn Jeff Hamilton**<br>**218 W Muhammad Ali Blvd**<br>**Louisville, KY 40202** | **Service Contract** |
| **Peritus**<br>**200 S. Fifth Street, Ste. 503N**<br>**Louisville, KY 40202** | **Public relations and crisis communications** |
| **Persimmon Golf Course**<br>**72 Persimmon Ridge Dr.**<br>**Louisville, KY 40245** | **Golf course location for SCS golf tournament** |

Sheet __12__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Seven Counties Services, Inc.**                                                ,    Case No. _____
                                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **QOL MEDS, LLC**<br>**4900 Perry Highway**<br>**Building 2, 3rd Floor**<br>**Pittsburgh, PA 15229** | **Partners in Care Services** |
| **Quench USA Inc**<br>**780 5th Avenue, Ste. 110**<br>**King of Prussia, PA 19406** | **Drinking water for SCS Learning** |
| **Richard's Hood & Duct Cleaning Service**<br>**P.O. Box 911**<br>**Jeffersonville, IN 47131** | **Service of hood at Lighthouse** |
| **Richardson Assosiates Consulting LLC**<br>**3125 Indian Lake Drive**<br>**Louisville, KY 40241** | **Consultation, training, coordination with SPEAK project** |
| **Sara Logsdon**<br>**1948 Gardiner Lane**<br>**Louisville, KY 40205** | **Sign Language Interpreting** |
| **Spalding University**<br>**845 S. Third Street**<br>**Louisville, KY 40203** | **Contract:  2 Clinical Psychology Doctoral Grads** |
| **Specific Waste Industries**<br>**3600 Chamberlain Ln., Ste 104**<br>**Louisville, KY 40241** | **Medical waste disposal** |
| **Springhurst Development, LLC**<br>**200 S. Fifth Street, Ste. 400 South**<br>**Louisville, KY 40202** | **Lease agreement - SCS Learning**<br>**10317 Champion Farms Dr., Louisville, KY 40241** |
| **Sprint**<br>**2001 Edmund Hally Dr.**<br>**Reston, VA 20191** | **Cell phone service** |
| **Square One, LLC**<br>**6440 Dutchmans Pkwy.**<br>**Louisville, KY 40205** | **Speech Therapy** |
| **St. Luke's Center**<br>**8143 New LaGrange Road**<br>**Louisville, KY 40222** | **Personal Service Contract:  Medical Director** |
| **St. Matthews Pavillion**<br>**P.O. Box 39337**<br>**Louisville, KY 40233** | **Lease agreement - SCS Learning**<br>**4121 Shelbyville Rd., Louisville, KY 40207** |
| **Staples Contract & Commercial**<br>**500 Staples Drive**<br>**Framingham, MA 01702** | **Office products and services**<br>**Various locations** |

Sheet __13__ of __18__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Seven Counties Services, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Staples Contract & Commercial, Inc.**<br>**500 Staples Drive**<br>**Framingham, MA 01702** | **Office and furniture supplies** |
| **Stephens Behavioral Consulting, LLC**<br>**922 Kingston Court**<br>**Shelbyville, KY 40065** | **Contract: Behavioral Analysis Therapy, Behavioral Supports, First Responder, DSP** |
| **Stone Group Properties LLC**<br>**626 East Gray Street**<br>**Louisville, KY 40202** | **Parking for JADAC** |
| **Ted Lechner**<br>**dba Healthcare Dynamics**<br>**11205 Finchley Road**<br>**Louisville, KY 40243** | **Consulting agreement** |
| **Ted Lechner/Healthcare Dynamics**<br>**11205 Finchley Road**<br>**Louisville, KY 40243** | **Management Consultation** |
| **The PrinceCare Group, Inc.**<br>**9127 Galene Drive, #4**<br>**Louisville, KY 40299** | **Psychological/Behavioral Services** |
| **Thyssenkrupp Elevator**<br>**5670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Elevator maintenance - 2225 W. Broadway** |
| **Thyssenkrupp Elevator**<br>**5670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Elevator maintenance - 2105 Crums Ln.** |
| **Thyssenkrupp Elevator**<br>**5670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Elevator maintenance - 3717 Taylorsville Rd.** |
| **Thyssenkrupp elevator**<br>**5670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Elevator maintenance - 101 W. Muhammad Ali - #1** |
| **Thyssenkrupp Elevator**<br>**5670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Elevator maintenance - 101 W. Muhammad Ali #2** |
| **Thyssenkrupp Elevator**<br>**5670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Elevator maintenance - 3717 Taylorsville Rd.** |
| **Thyssenkrupp Elevator**<br>**7670 Shepherdsville Rd.**<br>**Louisville, KY 40228** | **Dumbwaiter maintenance - 2650 W. Broadway** |

Sheet __14__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Seven Counties Services, Inc.**_____,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Time Plus Payroll Services**<br>**1105 N. Broadway**<br>**Lexington, KY 40505** | **Payroll processing for CDO - Waiver Program** |
| **Traci R. Welker**<br>**6812 Grandfield Rd**<br>**Louisville, KY 40258** | **Service Contract** |
| **Trilogy Real Estate KY, LLC**<br>**1650 Lyndon Farm Ct., Ste. 201**<br>**Louisville, KY 40223** | **Lease agreement - Stonestreet Rd.**<br>**9702 Stonestreet Rd., Louisville, KY 40272** |
| **Trimble County Board of Education**<br>**68 Wentworth Avenue**<br>**Bedford, KY 40006** | **Individual and Group Therapy Consultation and Psycho-Education** |
| **Trimble County Fiscal Court**<br>**Attn Judge Executive, Trimble County**<br>**P.O. Box 251**<br>**Bedford, KY 40006** | **Lease** |
| **Trimble County Head Start**<br>**P.O. Box 14**<br>**Bedford, KY 40006** | **Individual and Group Therapy, Consultation and Psycho-Education** |
| **Trimble County Public Schools**<br>**68 Wentworth Avenue**<br>**Bedford, KY 40006** | **Contract: Drug Free Communities Grant** |
| **U of K College of Medicine**<br>**900 S. Limestone Street, Ste. 3**<br>**Lexington, KY 40536** | **Meaningful Use Consultation** |
| **U of L Research Foundation**<br>**dba Weiskopff Child Evaluation Center**<br>**571 S. Floyd Street, Ste. 100**<br>**Louisville, KY 40202** | **Occupational Therapy, Speech Therapy, Behavioral Analysis and Therapy** |
| **U of L Research Foundation**<br>**Dept. of Psychiatry & Behavioral Science**<br>**401 E. Chestnut St., Ste. 600**<br>**Louisville, KY 40202** | **Personal Service Contract; Medical Director for JADAC-outpatient** |
| **U of L Research Foundation**<br>**Dept. of Psychiatry & Behavioral Science**<br>**401 E. Chestnut St., Ste. 600**<br>**Louisville, KY 40202** | **Personal Service Contract:  Medical Director for JADAC-inpatient** |
| **U.S. District Court - Probation Office**<br>**601 W. Broadway**<br>**Louisville, KY 40202** | **Probation and parole treatment services** |

Sheet __15__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re  **Seven Counties Services, Inc.**                                                              ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **U.S. Probation - Southern IN District**<br>**46 E. Ohio St.**<br>**Indianapolis, IN 46204** | **Substance abuse treatment for federal offenders** |
| **U4**<br>**P.O. Box 250**<br>**Syracuse, IN 46567** | **Long distance telephone** |
| **United Behavioral Health**<br>**425 Market Street, 27th Floor**<br>**San Francisco, CA 94105** | **Insurance contract** |
| **United Behavioral Healthcare**<br>**P.O. Box 9472**<br>**Minneapolis, MN 55440-9472** | **Substance abuse - JADAC** |
| **Univ. of Louisville Research Foundation**<br>**2301 South 3rd Street**<br>**Stevenson Hall, Rm. 521**<br>**Louisville, KY 40292** | **Trauma grant U of L/SAMSHA** |
| **University Heatlh Care**<br>**d/b/a Passport Health Plan**<br>**5100 Commerce Crossings Drive**<br>**Louisville, KY 40229** | **MCO contract**<br>**Beacon** |
| **University Medical Center**<br>**530 S. Jackson Street**<br>**Louisville, KY 40202** | **Personal Service Contract; provide a clinical director, social workers and business professionals to EPS** |
| **University of Louisville**<br>**School of Medicine**<br>**401 E. Chestnut Street, Ste. 600**<br>**Louisville, KY 40202** | **2 Child Psychiatry Residents** |
| **University of Louisville**<br>**School of Medicine**<br>**401 E. Chestnut Street, Ste. 600**<br>**Louisville, KY 40202** | **2 Adult Psychiatry Residents** |
| **University of Louisville**<br>**School of Medicine**<br>**401 E. Chestnut Street, Ste. 600**<br>**Louisville, KY 40202** | **Medical Director for the Center for Supported Living-South - Dr. Robert Caudill** |
| **University of Louisville Pediatrics**<br>**571 S. Floyd Street, Ste. 432**<br>**Louisville, KY 40202** | **Contract: Mental Health Services in a Healthcare** |

Sheet __16__ of __18__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

In re    **Seven Counties Services, Inc.**                                              ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **UofL Research Foundation**<br>**Office of the President**<br>**Grawemyer Hall**<br>**University of Louisville**<br>**Louisville, KY 40292** | **Service Contract** |
| **Value Options, Inc.**<br>**12369-C Sunrise Valley Dr.**<br>**Reston, VA 20191** | **Substance abuse - residential detox - JADAC** |
| **Volunteers of America**<br>**933 Goss Ave**<br>**Louisville, KY 40217** | **Lease agreement - Renaissance House**<br>**1436 Shelby St., Louisville, KY 40203** |
| **Waste Management**<br>**7501 Grade Lane**<br>**Louisville, KY 40219** | **Trash services - 2650 W. Broadway** |
| **Wave-3 TV**<br>**725 S. Floyd Street**<br>**Louisville, KY 40203** | **Advertisement** |
| **Wayne Corporation**<br>**1169 Eastern Parkway, Ste. 1166**<br>**Louisville, KY 40217** | **EAP Services** |
| **Wellcare**<br>**P.O. Box 437000**<br>**Louisville, KY 40253** | **MCO contract** |
| **WellCare of Kentucky Inc**<br>**13551 Trinton Park Blvd Ste 1800**<br>**Louisville, KY 40223** | **Service Agreement** |
| **Western Day Treatment**<br>**1900 South 7th Street**<br>**Louisville, KY 40208** | **Therapy Services - McFarran Preparatory Academy** |
| **Willa S. Presmanes**<br>**1580 Misty Oaks Drive**<br>**Atlanta, GA 30350** | **DLA Limited License Agreement** |
| **Windstream**<br>**1720 Galleria Blvd.**<br>**Charlotte, NC 28270** | **Telecom - Multi-Protocol Label Switching** |
| **Windstream**<br>**1720 Galleria Blvd.**<br>**Charlotte, NC 28270** | **Telecom - PRI** |
| **Windstream Norlight, Inc.**<br>**5020 Smythe Drive**<br>**Evansville, IN 47715** | **Telecommunications** |

Sheet __17__ of __18__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Seven Counties Services, Inc.**                                    ,          Case No. _____
                                              Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **WWS Associates dba 2trg**<br>**11093 Kenwood Road**<br>**Cincinnati, OH 45242** | **ewaste** |
| **Zenprise**<br>**1600 Seaport Blvd., Ste. 200**<br>**Redwood City, CA 94063** | **Cloud service - data management** |

Sheet  __18__  of  __18__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Seven Counties Services, Inc.**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Seven Counties Services, Inc.** _____ ,

Case No. _____

Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 15,958,333.00 | | |
| B - Personal Property | Yes | 11 | 29,645,383.72 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,144,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 227,454,880.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 19 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 54 | | | |
| Total Assets | | | 45,603,716.72 | | |
| Total Liabilities | | | | 232,598,880.16 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Seven Counties Services, Inc.**             ,     Case No. _____

                        Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

   ☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Seven Counties Services, Inc.**
_____
Debtor(s)

Case No. _____

Chapter    **11**_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**56**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 4, 2013**_____

Signature    **/s/ Anthony M. Zipple**_____
            **Anthony M. Zipple**
            **President/CEO**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Seven Counties Services, Inc.**
Debtor(s)

Case No.
Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **335.00/hr** |
| Prior to the filing of this statement I have received | $ | **126,213.00 retainer** |
| Balance Due | $ | **335.00/hr** |

2.  The source of the compensation paid to me was:

☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **April 4, 2013**

/s/ David M. Cantor
**David M Cantor**
**Seiller Waterman LLC**
**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
**502-584-7400  Fax: 502-583-2100**

---

4710 Champion Trace, LLC
P.O. Box 991064
Louisville KY 40269

A.J. Passaflume Sons, Inc.
4443 Poplar Level Road
Louisville KY 40213

ABM Janitorial Services
9823 Bluegrass Pkwy
Louisville KY 40299

Abundant Solutions, LLC
2212 Outer Circle Drive
Crestwood KY 40014

Accountemps
12400 Collections Center Drive
Chicago IL 60693

Advance Dental Center, Inc.
8517 Preston Highway
Louisville KY 40219

Aetna
P.O. Box 5, Mail Stop U23N
Blue Bell PA 19422-9534

Afia
404 Pauline Blvd.
Ann Arbor MI 48103

AFY Interpreting, Inc.
Attn: Amber Fox-Young
1046 Ardmore Drive
Louisville KY 40217

Air Quality Systems Inc.
P.O. Box 17335
Louisville KY 40217

Al Jenson Distributor
711 Peytona Beach Rd.
Waddy KY 40076

Alliance Comfort Systems
P.O. Box 58860
Louisville KY 40268-8860

Alternative Electrical
P.O. Box 58479
Louisville KY 40268-0479

Amber Fox-Young
1046 Ardmore Drive
Louisville KY 40213

Anthem
13550 Triton Park Blvd.
Louisville KY 40223

Anthem Blue Cross & Blue Shield
Central Region - CCOA Lockbox
P.O. Box 73651
Cleveland OH 44193-1177

Anthem Health Plans of KY
13550 Triton Park Blvd.
Louisville KY 40223

AOP Partnership, LLP
200 High Rise Drive, Ste. 148
Louisville KY 40213

Applied Behavioral Advancements, LLC
196 Observation Point Drive
Somerset KY 42503

Aqua Treat
P.O. Box 9595
Bowling Green KY 42012

AT&T
P.O. Box 105262
Atlanta GA 30348-5503

AT&T
9100 Shelbyville Rd., Ste. 300
Louisville KY 40222

Baptist Medical Associates
P.O. Box 950187
Louisville KY 40295-0187

Beacon Health Strategies
500 Unicorn Park Drive, Ste. 401
Woburn MA 01801

Bee Line Courier Service
P.O. Box 32186
Louisville KY 40232-2186

Birch
3060 Peachtree Rd. NW, Ste. 1065
Atlanta GA 30305

Blackbaud (Etapestry)
2000 Daniel Island Drive
Charleston SC 29492

Blue Ocean Properties, LLC
1455 South 7th Street
Louisville KY 40208

Boice
700 Pearl Street
New Albany IN 47150

Bridgehaven, Inc.
950 S. First Street
Louisville KY 40203

BrightStar of Louisville
400 Blankenbaker Pkwy., Ste. 301
Louisville KY 40243

Brown Noltemeyer Co
122 N Peterson Ave
Louisville KY 40206

Bullitt County Board of Education
1040 Kentucky 44
Shepherdsville KY 40165

Bullitt County Health Department
181 Lees Valley Road
Shepherdsville KY 40165

C & H Security Inc.
dba Home Security Specialists
6002 Hamburg Pike
Jeffersonville IN 47130

Cabinet for Health & Family Services
Medicaid Services
275 E. Main Street 6W-A
Frankfort KY 40621

Cabinet for Health & Family Services
Dept. for Aging and Independent
275 E. Main Street 3E-E
Frankfort KY 40621

Cabinet for Health Services
275 E. Main Street 5W-A
Frankfort KY 40621

Casey Tinsley-White
2306 Deveron Drive
Louisville KY 40216

Catholic Charities
2911 S. Fourth Street
Louisville KY 40208

Catholic Charities - KOR
2222 W. Market Street
Louisville KY 40212

Caunier Thompson
3217 Bridwell Drive
Louisville KY 40216

Cenpatico Behavioral Health
504 Lavaca, Suite 850
Austin TX 78701

CenterSite
P.O. Box 20709
Columbus OH 43220

Centralized Application
Processing Service
101 W. Chestnut Street
Louisville KY 40202

Cerebral Palsy Kids Center
982 Eastern Parkway
Louisville KY 40217-1566

Cigna Behavioral Health
11095 Viking Drive, Ste. 350
Eden Prairie MN 55344

Cintas
P.O. Box 630921
#302
Cincinnati OH 45263-0921

Cintas
3916 Oak Lawn Dr
Louisville KY 40219

Cintas Corporation #2 Loc #9
P.O. Box 625737
Cincinnati OH 45262

Cisco
3979 Freedom Cir.
Santa Clara CA 95054

Com Psych
NBC Tower
455 N. Cityfront Plaza Dr., 13th Fl.
Chicago IL 60611

Commonwealth Business Center-VOM, LLC
13125 Eastpoint Park Blvd Ste 102
Louisville KY 40223

Commonwealth Business Ctr. - VOM
c/o Horizon Commercial Realty
13307 Magisterial Dr.
Louisville KY 40223

Community Medical Associates, Inc.
224 E. Broadway
Louisville KY 40202

Companion Life Insurance Co.
P.O. Box 100102
Columbia SC 29202

Compassionate Friends
P.O. Box 3696
Hinsdale IL 60522

CorpHealth, Inc.
1300 Summit Avenue, Ste. 820
Fort Worth TX 76102

Corvis Janitorial
11900 Plantside Drive
Louisville KY 40299

Corvus Janitorial
11900 Plantside Drive
Louisville KY 40299

Crisis Prevention Institute
10850 West Park Place
Suite 600
Milwaukee WI 53224

Cummins Crosspoint LLC
9820 Bluegrass Pkwy
Louisville KY 40299

D&R Pharmacare
Omnicare Inc.
P.O. Box 715268
Columbus OH 43271-5268

Dalmatian Fire
1651 Watterson Trail
Louisville KY 40299

dbaDirect
7310 Turfway Rd.
Florence KY 41042

Dean Foods Company
P.O. Box 932970
Atlanta GA 31193-2970

Dean Milk Co. Louisville
P.O. Box 932970
Atlanta GA 31193-2970

Department for Behavioral Health
100 Fair Oaks Lane 4E-A
Frankfort KY 40621

Department for Medicaid Services
275 East Main Street
Frankfort KY 40621

Department for Public Health
275 E. Main Street, HS1W-C
Frankfort KY 40621

Department of Health & Human Services
OFR, SAMHSA
1 Choke Cherry Rd., Rm. 7-1091
Rockville MD 20857

Division of Administration
275 E. Main Street 3W-B
Frankfort KY 40621

Division of Administration
100 Fair Oaks Lane 4E-A
Frankfort KY 40621

Dixie Post 220, American Legion
2107 Crums Lane
Louisville KY 40216

DMA Div. of KCCRB
111 St. James Ct., Ste. B
Frankfort KY 40601

Domino Partners
427 East Market
Louisville KY 40202

Don B. Kupper R. Ph., MBA
6600 Clore Lake Rd.
Crestwood KY 40014

Downtown Ford
809 S. Fifth Street
Louisville KY 40203

Dreams With Wings
1579 Bardstown Road
Louisville KY 40205

Duplicator Sales and Service
831 East Broadway
Louisville KY 40204

Eastern Kentucky University
Coates CPO 20
521 Lancaster Ave.
Richmond KY 40475

Eastern Kentucky University
521 Lancaster Avenue
Richmond KY 40475

Electronic Security Systems, Inc.
6516 Rod and Reel Court
Louisville KY 40229

Enterprise Rent A Car Co. of Ky., LLC
3718 Bardstown Road
Louisville KY 40218

Erica Mitchell
c/o Kurt A. Scharfenberger, Esq.
239 S 5th St., #1600
Louisville KY 40202

Essential Learning, LLC
Dept. CH 16894
Palatine IL 60055-6894

Family Health Centers
2215 Portland Avenue
Louisville KY 40210

FBM Properties
Attn Steve Baser & Steve Fox
333 Guthrie St
Louisville KY 40202

FBM Properties
333 Guthrie Green
Louisville KY 40202

Federal Bureau of Prisons
US Dept of Justice
910 Tyus Rd
Groesbeck TX 76642

Federal Bureau of Prisons
910 Tyus Road
Groesbeck TX 76642

Federated Transportation Services of
  the Bluegrass, Inc.
2308 Frankfort Court
Lexington KY 40511

Fifth Third Bank
401 S. Fourth St.
Louisville KY 40202

Fifth Third Bank
401 S 4th Ave
Louisville KY 40202

Fifth Third Bank
38 Fountain Square Plz
Attn: International Dept
Cincinnati OH 45202

Fifth Third Bank
401 S. 4th Street
Louisville KY 40202

Fifth Third Bank
700 Central Ave
Louisville KY 40208

Fifth Third Processing Solutions
8500 Governor's Hill Dr.
Mail 1GH1Y1
Cincinnati OH 45249

Fifth Third Securities Inc
38 Fountain Square Plaza, 10th Floor
Attn: Municipal Trading
Cincinnati OH 45263

First Fruits
512 Creekside Drive
Shelbyville KY 40065

FP Mailing Solutions
P.O. Box 4510
Carol Stream IL 60197-4510

Gartner
56 Top Gallant Rd.
Stamford CT 06904

Gateway EDI
501 N. Broadway, 3rd Floor
Saint Louis MO 63102

General Data
P.O. Box 541165
Cincinnati OH 45254

Gold Seal Pest Control Inc
717 E Market St
Louisville KY 40202

Granny Nannies
3703 Taylorsville Road
Louisville KY 40220

Green Hill Therapy, Inc.
1410 Long Run Road
Louisville KY 40245

Griffin Transcription
6410 Oaklea Drive
Crestwood KY 40014

Guardiacare Services, Inc.
215 W. Breckenridge Street
Louisville KY 40203

Guardian
P.O. Box 677458
Dallas TX 75267-7458

Guardian
P.O. Box 8012
Appleton WI 54913

HMC Service Company
6909 Enterprise Drive
Louisville KY 40214

Hogan Consulting Group
709-2 Plaza Dr., #142
Chesterton IN 46304

Home Care for Kids, LLC
2212 Bradford Drive
Louisville KY 40218

Home Instead Senior Care
4610 Taylorsville Road
Louisville KY 40220

Home of the Innocents
1100 E. Market Street
Louisville KY 40206

Hon Company
P.O. Box 404422
Atlanta GA 30384-4422

Hope Center for Growth
P.O. Box 24632
Louisville KY 40224

```
HUD
601 W. Broadway, Ste. 110
Louisville KY 40202

Independence at Heart, LLC
13003 Larkspur Lane
Prospect KY 40059

Indiana Probation and Parole
Indiana Judicial Center
30 S Meridian St Ste 900
Indianapolis IN 46204

Industrial Disposal
1423 S. Jackson Street
Louisville KY 40208

Infor/Lawson
641 Avenue of the Americas
New York NY 10011

Insight Communications
10168 Linn Station Rd., Ste. 220
Louisville KY 40223

Insight Communications
10200 Linn Station Rd., Ste. 310
Louisville KY 40223

Iron Mountain
4111 Champions Trace Lane
Louisville KY 40218

Janice Thompson
121 North 39th Street
Louisville KY 40212

JCTC
109 East Broadway
Louisville KY 40202

Jefferson County Board of Education
3332 Newburg Road
Louisville KY 40218

Jewish Hospital
St. Mary's Healthcare, Inc.
P.O. Box 950135
Louisville KY 40295-0135

Kaleidoscope, Inc.
10330 Bunsen Way
Louisville KY 40299
```

Karen McMillan
9115 Kentucky Avenue
Louisville KY 40291

Kathy A. Melvin
dba Business Integrated Communications
3003 Callaway Drive
Jeffersonville IN 47130

KC's Therapeutic Massage
10005 Clearcreek Way
Louisville KY 40223

Kentuckiana Kids Choice News
6661 Dixie Highway, Ste. 4
Louisville KY 40258

Kentuckiana Nursing Service
5001 Crown Manor Pl., Ste. 200
Louisville KY 40218

Kentucky Department of Education
Capital Tower Plaza, Floor 23
500 Mero Street
Frankfort KY 40601

Kentucky Housing Corporation
P.O. Box 4809
Frankfort KY 40604

Kentucky Housing Corporation
1231 Louisville Road
Frankfort KY 40621

Kentucky Probation and Parole
Kentucky Parole Board
P.O. BOx 2400
Frankfort KY 40602-2400

Kentucky Retirement Systems
William W. Thielen, Executive Director
Parimeter Park West
1260 Louisville Road
Frankfort KY 40601

Kentucky Retirement Systems
c/o Robert Kellerman & Sarah Bishop
Stoll Kennon Ogden, PLLC
201 West Main St., Ste A., POB 5130
Frankfort KY 40602

Kentucky Retirement Systems
Board of Trustees
Thomas K. Elliott, Chair
1260 Louisville Rd.
Frankfort KY 40601

Kentucky State Treasurer
P.O. Box 491
Levy Section
Frankfort KY 40602

Keystone Services
dba Kentuckiana Nursing Services
5001 Crown Manor Place, Ste. 200
Louisville KY 40218

Kids Center
982 Eastern Parkway
Louisville KY 40217

Klosterman Baking Co.
P.O. Box 712572
Cincinnati OH 45271-2572

Krebs Speech, LLC
3602 Lexington Road
Louisville KY 40207

Language Line Services, Inc.
One Lower Ragsdale Dr., Bldg. 2
Monterey CA 93940

Laurus
55 W. Monroe, Ste. 500
Chicago IL 60603

Laurus Strategies
201 E. Jefferson Street
Louisville KY 40202

Lauryl Leksrisawat, LLC
1924 Duker Avene
Louisville KY 40205

LEO Publications
301 E. Main Street, Ste. 201
Louisville KY 40202

Level 3 Communications
1025 Eldorado Blvd.
Broomfield CO 80021

Level 3 Communications LLC
P.O. Box 931843
Atlanta GA 31193-1843

Lifespan Resources, Inc.
426 Bank Street, Ste. 100
New Albany IN 47151

Link2Health Solutions, Inc.
50 Broadway, Fl. 19
New York NY 10004

Logan's Linen LLC
P.O. Box 729
Shelbyville KY 40066

Logisticare Solutions, LLC (LCI)
1640 Phoenix Blvd., Ste. 200
Peachtree City GA 30269

Louisville Fire & Safety
10908 Deering Road
Louisville KY 40272

Louisville Metro Community Services
810 Barrett Avenue, Ste. 382
Louisville KY 40204

Louisville Metro Government
444 South 5th St., Ste. 400
Louisville KY 40202

Louisville Metro Government
810 Barret Ave., Rm. 233
Louisville KY 40204

Louisville Metro Government
611 W. Jefferson Street
Louisville KY 40202

Louisville Metro Housing Authority
420 S 8th St
Louisville KY 40203

Louisville Metro Police Department
633 W. Jefferson Street
Louisville KY 40202

Louisville Metro Public Health
611 W. Jefferson Street
Louisville KY 40202

Louisville Music Therapy, LLC
9605 Long Rifle Lane
Louisville KY 40228

Louisville/Jefferson Co. Metro Govt.
611 W. Jefferson Street
Louisville KY 40202

Louisville/Jefferson County Metro Gov
444 S. 5th St., Ste. 600
Louisville KY 40202

Louisville/Jefferson County Metro Gov
527 W Jefferson St
Louisville KY 40202

Malone Healthcare Solutions
1868 Campus Place
Louisville KY 40299

Malone Healthcare Solutions
1868 Campus Pl.
Louisville KY 40299

Mattingly Foods of Louisville
2055 Nelson Miller Parkway
Louisville KY 40223

McKendree College
701 College Road
Lebanon IL 62254

MD2U Management, LLC
P.O. Box 7219
Louisville KY 40257-0219

Medical Staffing Network, Inc.
18W140 Butterfield Road, Ste. 500
Villa Park IL 60181

Mental Health Assoicates
9606 N. Mopac Expressway, Ste. 600
Austin TX 78759

Mercer
P.O. Box 13793
Newark NJ 07188-0793

MetroSafe
410 South 5th Street
Louisville KY 40202

Michele Keen
430 Landis Lane, Apt. 65
Mount Washington KY 40047

Microsoft
Volume Licensing, Dept. 551
6100 Neil Rd., Ste. 210
Reno NV 89511

Miller Consultants Inc.
1653 Beechwood Avenue
Louisville KY 40204

Monitor 24-7 Inc.
335 Renfrew  Dr. Suite 301
MARKHAM ONT
CANADA   L3R 9S9

National Council for Comm. Behavioral
 Healthcare
1701 K Street NE, Ste. 400
Washington DC 20006-1526

National Council for Community
Behavioral Healthcare
1701 K Street NW, Ste. 400
Washington DC 20006

National Council for Community
 Behavioral Healthcare
1701 K Street NW, Ste. 400
Washington DC 20006

National Geographic Kids
P.O. Box 62130
Tampa FL 33662-2130

Nephrology Assoc.
6400 Dutchmans Parkway
Louisville KY 40205-3354

New West, LLC
950 Breckenridge Lane
Louisville KY 40207

NextGen
795 Horsham Road
Horsham PA 19044

Noltemeyer Capital Ltd
Attn Kyle Noltemeyer
122 North Peterson Ave
Louisville KY 40206

Office of Vocational Rehabilitation
275 E. Main Street
Mail Stop 2E-K
Frankfort KY 40621

Office Team
12400 Collections Center Drive
Chicago IL 60693

Ohio Valley Educational Cooperative
Head Start
100 Alpine Drive
Shelbyville KY 40066

PaperlessPay Corp.
550 Water Street, 10th Floor
Suite 1020
Jacksonville FL 32202

Paroquet Springs Conference Center
395 Paroquet Springs Drive
Shepherdsville KY 40165

Paul's Fruit Market
3704 Taylorsville Road
Louisville KY 40243

Payment Resolutions Services
P.O. Box 291269
Nashville TN 37229-1269

Pendennis Club
218 W. Muhammad Ali Blvd.
Louisville KY 40202

Pendennis Club Inc
Attn Jeff Hamilton
218 W Muhammad Ali Blvd
Louisville KY 40202

Peritus
200 S. Fifth Street, Ste. 503N
Louisville KY 40202

Persimmon Golf Course
72 Persimmon Ridge Dr.
Louisville KY 40245

Prairie Farms Dairy
P.O. Box 176
Holland IN 47541

Preston Street Poultry
941 South Preston Street
Louisville KY 40203

Prosys Information Systems
P.O. Box 536761
Atlanta GA 30353-6761

QOL Meds
P.O. Box 6074
Hermitage PA 16148

QOL MEDS, LLC
4900 Perry Highway
Building 2, 3rd Floor
Pittsburgh PA 15229

Quench USA Inc
780 5th Avenue, Ste. 110
King of Prussia PA 19406

Randstad
P.O. Box 2084
Carol Stream IL 60132-2084

Richard's Hood & Duct Cleaning Service
P.O. Box 911
Jeffersonville IN 47131

Richardson Assosiates Consulting LLC
3125 Indian Lake Drive
Louisville KY 40241

Right At Home
221 Executive Park
Louisville KY 40207

Riverside Parking
927 W. Main Street
Louisville KY 40202

Robert Half Management Resources
12400 Collections Center Drive
Chicago IL 60693

Russell  H. Williams
c/o Donald L. Cox, Esq.
500 W. Jefferson St
Louisville KY 40202

Salt River Electric Cooperative Corp.
P.O. Box 609
Bardstown KY 40004

Sams Club
POB 530930
Atlanta GA 30353-0930

Sara Logsdon
1948 Gardiner Lane
Louisville KY 40205

Schizophrenia Foundation
P.O. Box 1927
Louisville KY 40201

```
Schulz's Florist
947 Eastern Parkway
Louisville KY 40217

Shawnee Healthcare Center
Attn: Monica Lapradd
234 Amy Avenue
Louisville KY 40212

Shelbyville Municipal Water & Sewer
P.O. Box 608
Shelbyville KY 40066

Sherry Michals
c/o Bryan M. Cassis, Esq.
3000 National City Tower
Louisville KY 40202

South Central Printing
P.O. Box 339
Columbia KY 42728

Spalding University
845 S. Third Street
Louisville KY 40203

Specific Waste Industries
3600 Chamberlain Ln., Ste 104
Louisville KY 40241

Springhurst Development, LLC
200 S. Fifth Street, Ste. 400 South
Louisville KY 40202

Sprint
2001 Edmund Hally Dr.
Reston VA 20191

Square One, LLC
6440 Dutchmans Parkway
Louisville KY 40205

Square One, LLC
6440 Dutchmans Pkwy.
Louisville KY 40205

St. Luke's Center
8143 New LaGrange Road
Louisville KY 40222

St. Matthews Pavillion
P.O. Box 39337
Louisville KY 40233
```

Stanley Schultze & Co., Inc.
849 South Sixth Street
Louisville KY 40203

Staples
Det. P.O. Box 83689
Chicago IL 60696-3689

Staples Contract & Commercial
500 Staples Drive
Framingham MA 01702

Staples Contract & Commercial, Inc.
500 Staples Drive
Framingham MA 01702

Stephens Behavior Consulting
510 Washington Street
Shelbyville KY 40065

Stephens Behavioral Consulting, LLC
922 Kingston Court
Shelbyville KY 40065

Stone Group Properties LLC
626 East Gray Street
Louisville KY 40202

Sure Fit Dentures
4115 Dixie Highway
Louisville KY 40216

Sysco/Louisville
P.O. Box 32470
Louisville KY 40232-2470

T-Mobile
P.O. Box 742596
Cincinnati OH 45274-2596

Tarc
1000 West Broadway
Louisville KY 40202

Ted J. Lechner, II
dba Healthcare Dynamics
11205 Finchley Road
Louisville KY 40243

Ted Lechner
dba Healthcare Dynamics
11205 Finchley Road
Louisville KY 40243

Ted Lechner/Healthcare Dynamics
11205 Finchley Road
Louisville KY 40243

The Bank of New York Mellon Trust Co
Corporate Trust Department
6525 West Campus Oval Ste 200
New Albany OH 43054

The Bank of New York Mellon Trust Co NA
614 West Main St., Ste. 2600
Attn: Global Corp Trust - Public Finance
Louisville KY 40202

The Lang Company
540 South 13th Street
Louisville KY 40203-1796

The PrinceCare Group, Inc.
9127 Galene Drive, #4
Louisville KY 40299

Thyssenkrupp Elevator
5670 Shepherdsville Rd.
Louisville KY 40228

Thyssenkrupp Elevator
7670 Shepherdsville Rd.
Louisville KY 40228

Time Plus Payroll Services
1105 N. Broadway
Lexington KY 40505

Traci R. Welker
6812 Grandfield Rd
Louisville KY 40258

Training Evolution Inc.
9410 Ensley Lane
Leawood KS 66206

Trilogy Health Services
303 N. Hurstbourne Pkwy., #200
Louisville KY 40222

Trilogy Real Estate KY, LLC
1650 Lyndon Farm Ct., Ste. 201
Louisville KY 40223

Trimble County Board of Education
68 Wentworth Avenue
Bedford KY 40006

```
Trimble County Fiscal Court
Attn Judge Executive, Trimble County
P.O. Box 251
Bedford KY 40006

Trimble County Head Start
P.O. Box 14
Bedford KY 40006

Trimble County Public Schools
68 Wentworth Avenue
Bedford KY 40006

U of K College of Medicine
900 S. Limestone Street, Ste. 3
Lexington KY 40536

U of L Research Foundation
dba Weiskopff Child Evaluation Center
571 S. Floyd Street, Ste. 100
Louisville KY 40202

U of L Research Foundation
Dept. of Psychiatry & Behavioral Science
401 E. Chestnut St., Ste. 600
Louisville KY 40202

U.S. District Court - Probation Office
601 W. Broadway
Louisville KY 40202

U.S. Probation - Southern IN District
46 E. Ohio St.
Indianapolis IN 46204

U4
P.O. Box 250
Syracuse IN 46567

United Behavioral Health
425 Market Street, 27th Floor
San Francisco CA 94105

United Behavioral Healthcare
P.O. Box 9472
Minneapolis MN 55440-9472

Univ. of Louisville Research Foundation
2301 South 3rd Street
Stevenson Hall, Rm. 521
Louisville KY 40292
```

University Heatlh Care
d/b/a Passport Health Plan
5100 Commerce Crossings Drive
Louisville KY 40229

University Medical Center
530 S. Jackson Street
Louisville KY 40202

University of Louisville
School of Medicine
401 E. Chestnut Street, Ste. 600
Louisville KY 40202

University of Louisville Pediatrics
571 S. Floyd Street, Ste. 432
Louisville KY 40202

University Psychiatric Services
P.O. Box 3367
Louisville KY 40201

UofL Research Foundation
Office of the President
Grawemyer Hall
University of Louisville
Louisville KY 40292

Valley High School
10200 Dixie Highway
Louisville KY 40272

Value Options, Inc.
12369-C Sunrise Valley Dr.
Reston VA 20191

Volunteers of America
933 Goss Ave
Louisville KY 40217

Volunteers of America, Inc.
933 Goss Avenue
Louisville KY 40217

Waste Management
7501 Grade Lane
Louisville KY 40219

Waste Management of Kentucky
P.O. Box 9001797
Louisville KY 40290-1797

Wave-3 TV
725 S. Floyd Street
Louisville KY 40203

Wayne Corporation
1169 Eastern Parkway, Ste. 1166
Louisville KY 40217

Wellcare
P.O. Box 437000
Louisville KY 40253

WellCare of Kentucky Inc
13551 Trinton Park Blvd Ste 1800
Louisville KY 40223

Western Day Treatment
1900 South 7th Street
Louisville KY 40208

Willa S. Presmanes
1580 Misty Oaks Drive
Atlanta GA 30350

Windstream
1720 Galleria Blvd.
Charlotte NC 28270

Windstream Norlight, Inc.
5020 Smythe Drive
Evansville IN 47715

WWS Associates dba 2trg
11093 Kenwood Road
Cincinnati OH 45242

YP
P.O. Box 105024
Atlanta GA 30348-5024

Zenprise
1600 Seaport Blvd., Ste. 200
Redwood City CA 94063

Zirmed, Inc.
1311 Solutions Center
Chicago IL 60677-1311

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Seven Counties Services, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Seven Counties Services, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  4, 2013**

Date

**/s/ David M Cantor**

**David M Cantor**

Signature of Attorney or Litigant

Counsel for    **Seven Counties Services, Inc.**

**Seiller Waterman LLC**

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
**502-584-7400 Fax:502-583-2100**