UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SEVEN COUNTIES SERVICES, INC. | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 13-31442 |
| | ) | |

**ORDER AUTHORIZING ~~FINAL~~ PAYMENTS TO KENTUCKY
EMPLOYEE RETIREMENT SYSTEMS IN ORDINARY COURSE OF BUSINESS**

\* \* \*   \* \* \*   \* \* \*

The Emergency Motion to Authorize ~~Final~~ Payments to Kentucky Employee Retirement Systems in Ordinary Course of Business (the "Motion") having come before the Court upon the motion of Seven Counties Services, Inc. (the "Debtor"), sufficient notice having been given, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion is GRANTED, without prejudice to the rights of Kentucky Employee Retirement Systems to challenge the Debtor's filing under Chapter 11 of the Bankruptcy Code and/or Debtor's ability to reject the potential executory contract requiring contributions by the Debtor to Kentucky Employee Retirement Systems; the Debtor is authorized to make one (1) payment in the approximate amount of $943,186.00 on or before April 10, 2013, and one (1) payment in the approximate amount of $471,593.00 on or before April 24, 2013.

**SO ORDERED.**

DAVID M. CANTOR
NEIL C. BORDY
CHARITY B. NEUKOMM
TYLER R. YEAGER
JAMES E. McGHEE III
SEILLER WATERMAN LLC
22nd Floor-Meidinger Tower
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400

_____
Joan A. Lloyd
United States Bankruptcy Judge
Dated: April 11, 2013

G:\doc\DMC\7 Counties\Pldgs\Mot Auth Final KERS Pymts.doc

Modified by the Court: 04/09/13 bcr