UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| SEVEN COUNTIES SERVICES, INC. | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 13-31442 |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR AN ORDER ESTABLISHING FINAL DATE TO FILE REQUESTS FOR ALLOWANCE OF ADMINISTATIVE CLAIMS AND APPROVING FORM AND MANNER OF NOTICE THEREOF**

✱ ✱ ✱   ✱ ✱ ✱   ✱ ✱ ✱

Upon the Motion of Seven Counties Services, Inc. (**"Seven Counties"**) for an Order Establishing Final Date to File Requests for Allowance of Administrative Claims and Approving Form and Matter of Notice Thereof (the **"Motion"**); pursuant to which Seven Counties requests entry of an order fixing a bar date for parties, other than estate professionals, to file applications for administrative claims; and the Court finding that (i) it has jurisdiction over the matters raised in the motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interest of Seven Counties, the estate, and creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

    1.    The Motion is GRANTED as set forth herein.

2. Except as otherwise proved herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust, or governmental unit) that holds or wishes to asset a claim (as defined in section 101(5) of the Bankruptcy Code) against Seven Counties or its estate that: (a) may have arisen, accrued, or otherwise become due and payable subsequent to April 4, 2013, but prior to June 30, 2014; (b) is allowable as an administrative expense claim under section 503(b) of the Bankruptcy Code; and (c) is entitled to first priority under section 507(a)(1) of the Bankruptcy Code (an **"Administrative Claim"**), must file an application requesting allowance of such Administrative Claim on or before September 30, 2014 (the **"Administrative Claim Bar Date"**)

3. The Administrative Claim Bar Date does not have any effect on the bar date established for the filing of general claims. Furthermore, the Administrative Claim Bar Date does not apply to individuals or service providers supplying goods or services on or after June 30, 2014, rejection damage claims for executory contracts and unexpired leases not yet rejected, applications for approval of professional fees and expenses pursuant to section 327, 328, or 330 of the Bankruptcy Code, which may be established by further Order of the Court, or obligations owed to the Office of the United States Trustee.

4. Any holder of an Administrative Claim against Seven Counties (an **"Administrative Claimant"**) who is required, but fails, to file a request for the allowance of an administrative claim in accordance with this Order on or before the Administrative Claim Bar shall not be permitted to participate in any distribution in Seven Counties' chapter 11 case on account of such Administrative Claim; and (b) such Administrative Claimant shall not be

permitted to participate in any distribution in Seven Counties' chapter 11 case on account of such Administrative Claim or to receive further notices regarding such Administrative Claim.

     5.     Within five (5) business days of the entry of this Order, Seven Counties will serve this Order by the Court's CM/ECF system or first class mail on all known entities holding potential Administrative Claims.

     6.     Seven Counties shall retain the right to dispute, object to, challenge, or assert offsets or defenses against any Administrative Claim on any grounds.

     7.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

SO ORDERED.

Tendered by:

James E. McGhee III
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400

*/s/ Joan A. Lloyd*
Joan A. Lloyd
United States Bankruptcy Judge
Dated:  September 3, 2014

G:\doc\DMC\7 Counties\Pldgs\Motion to Set Bar Date - Admin Claims - order.doc